Page 1

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
2                     MIAMI DIVISION
3
             CASE NO. 1:18-cv-24059-DLG
4
5   TOM HUSSEY,
6                 Plaintiff,
7        v.
8   CHARLES NGO,
9                 Defendant.
10  - - - - - - - - - - - - - - - - -x
11
12                      Two South Biscayne Boulevard
                        Suite 2250
13                      Miami, Florida
                        Tuesday, March 12, 2019
14                      10:35 a.m.- 7:26 p.m.
15
16
17
18
19           EXCERPT DEPOSITION OF TOM HUSSEY
20
21
22         Taken before Edward Varkonyi, Registered
23  Merit Reporter and Notary Public for the State of
24  Florida at Large, pursuant to Notice of Taking
25  Deposition filed in the above cause.

Page 2

```
 1                    APPEARANCES
 2

           JULIAN A. JACKSON-FANNIN, ESQ.,
 3         Duane Morris LLP
           201 South Biscayne Boulevard, Suite 3400
 4         Miami, Florida 33131
           on behalf of the Plaintiff.
 5

 6         DANIEL LUSTIG, ESQ.,
           DOMINIQUE J. TORSIELLO, ESQ.
 7         Pike & Lustig, LLP
           1209 N. Olive Avenue
 8         West Palm Beach, Florida 33401
           on behalf of the Defendant.
 9
           ALSO PRESENT:  Charles Ngo
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 3
  1                    Excerpt Number 1.
  2              (A document referred to was thereupon
  3    marked Defendant's Exhibit 1 for Identification, a
  4    copy of which is not attached hereto.)
  5    BY MR. LUSTIG:
  6         Q.   Let me show you -- I'm going to show you
  7    what I marked as Defendant's 1.  Can you please take
  8    a look at this document.
  9              MR. JACKSON-FANNIN:  Look at all the
 10         pages.
 11              THE WITNESS:  I'm sorry?
 12              MR. JACKSON-FANNIN:  Look at all the
 13         pages.
 14              THE WITNESS:  Should I read the entire
 15         thing.  We will be here all day?
 16              MR. JACKSON-FANNIN:  You're asking me?
 17              THE WITNESS:  Yes.
 18              MR. JACKSON-FANNIN:  I'm sorry.  Look at
 19         all of the pages, familiarize yourself with it
 20         and then counsel may ask you questions
 21         specifically.
 22              THE WITNESS:  Okay.
 23    BY MR. LUSTIG:
 24         Q.   You can hold it.  Have you seen that
 25    document before today?
```

```
                                                    Page 4
 1          A.   Yes.
 2          Q.   And what is that document?
 3          A.   I'm not sure what the technical term is.
 4  Is it a complaint?
 5          Q.   It says complaint, correct?
 6          A.   Yes.
 7          Q.   And can you please tell me if there are
 8  exhibits attached to that complaint?
 9          A.   Yes.
10          Q.   Can you look at Exhibit A.  Do you
11  recognize Exhibit A?
12          A.   Yes.
13          Q.   What is Exhibit A?
14          A.   An image I created.
15          Q.   When did you create that image?
16          A.   I don't recall the exact year.  Early to
17  mid 2000s.
18          Q.   Was it between 2000 and 2005?
19          A.   Possibly.
20          Q.   What is that image of?
21          A.   You're asking me to describe what the
22  photograph -- the image portrays?
23          Q.   Yes, please.
24          A.   It's one of my Reflection images.
25          Q.   Is that your first image that you created
```

Page 5

1    of an older person looking at a mirror or a

2    reflection of a younger person?

3         A.   Yes.

4         Q.   And you said you created that between the

5    year 2000 and 2005?

6         A.   Again, I'm not a hundred percent sure.

7         Q.   Did you create this between 2006 and

8    2007?  I just need to know what year.

9              MR. JACKSON-FANNIN:  Object to the form.

10             THE WITNESS:  I'm not sure what year I

11        created this.

12   BY MR. LUSTIG:

13        Q.   How would I find out when you created

14   this photo?

15        A.   I'm not a hundred percent sure.

16        Q.   Do you have files in your office that

17   would have the date in which this photo was created

18   or this image?

19             Let me ask you this question before you

20   answer that question.  Can I refer to this as a photo

21   or how do I refer to this, image or photo?  Which one

22   is better for you?

23             MR. JACKSON-FANNIN:  I'm going to object

24        to the form.

25             THE WITNESS:  I would say image.

Page 6

1    BY MR. LUSTIG:

2         Q.   Image, okay.  Do you have files in your

3    office containing any information when this image was

4    created?

5         A.   I'm not sure.

6         Q.   When you created this image what software

7    program did you utilize to retouch the image?

8         A.   Photoshop.

9         Q.   Do you keep all your Photoshop files of

10   the photographs that you retouched?

11        A.   Yes.

12        Q.   Where do you keep those?

13        A.   In a variety of media.

14        Q.   Such as what?

15        A.   Hard drives, DVDs.

16        Q.   Where did you store the Photoshop files

17   for this particular image that you're looking at as

18   Exhibit A to Exhibit 1?

19        A.   On a hard drive or a DVD.

20        Q.   Would this hard drive or DVD be in

21   Dallas, Texas?

22        A.   Yes.

23        Q.   Would this hard drive or DVD be at your

24   office in Dallas, Texas?

25        A.   Yes.

```
                                          Page 7
 1          Q.   Or would it be at your home in Texas?
 2          A.   No.
 3               MR. JACKSON-FANNIN:  Object to the form.
 4   BY MR. LUSTIG:
 5          Q.   Where is your office located?
 6          A.   154 Express Street.
 7          Q.   Now, what did you have to do in order for
 8   you to be able to create this particular image that
 9   is Exhibit A to Exhibit 1?
10          A.   What did I have to do to create this
11   image?
12               I made a photograph of the older person
13   and made a photograph of the younger person and then
14   retouched the images together.
15          Q.   When you say you made a photograph, did
16   you make a single photograph or a series of
17   photographs?
18          A.   A series.
19          Q.   About how many photographs did you make
20   of the older person?
21          A.   I don't recall.
22          Q.   About how many photographs did you make
23   of the younger person?
24          A.   I don't recall.
25          Q.   What is your practice when you're taking
```

1    these photographs to create this type of image?  Do

2    you take more than 10 photos of each person?

3            A.    Probably.

4            Q.    Do you take more than 20 photos of each

5    person?

6            A.    Possibly.

7            Q.    Do you take more than 100 photos of each

8    person?

9            A.    I don't recall in this instance how

10   much -- how many images I made of each person.

11           Q.    But it would certainly be more than just

12   the image itself that is attached to Exhibit 1,

13   correct?

14               MR. JACKSON-FANNIN:  Objection, form.

15               THE WITNESS:  Yes.

16   BY MR. LUSTIG:

17           Q.    Now, what about the younger person, did

18   you take a series of photographs of the younger

19   person?

20               MR. JACKSON-FANNIN:  Objection, form.

21               THE WITNESS:  Yes.

22   BY MR. LUSTIG:

23           Q.    Did you take more than 10 photographs of

24   the younger person?

25           A.    Probably.

1          Q.   Did you take more than 20 photographs of

2     the younger person?

3          A.   I don't recall.

4          Q.   Probably 10, don't recall if 20?

5          A.   Correct.

6          Q.   Okay.  Can you flip to Exhibit B

7     contained within the document you have in front of

8     you.  Do you recognize that document?

9          A.   Yes.

10          Q.   What is that document?

11          A.   It's a certificate of registration from

12     the US Copyright Office.

13          Q.   And what is that registration for?

14          A.   It's for photographs that I created.

15          Q.   Does that registration include the

16     photograph that is attached to the complaint?

17          A.   I believe.

18               MR. JACKSON-FANNIN:  Objection, form.

19     BY MR. LUSTIG:

20          Q.   You believe or you know?

21          A.   I believe it does.

22          Q.   Okay.  There is a distinction between

23     believing and knowing, because in order for you to

24     bring this action it has to be registered.

25               So my question to you is does that

Page 10

1    registration include the photograph that is contained

2    within the complaint?

3               MR. JACKSON-FANNIN:  Objection, form.

4               THE WITNESS:  Yes.

5    BY MR. LUSTIG:

6        Q.   All right.  And can you please read for

7    me the registration number.

8        A.   VAu990-319.  Would it be possible to take

9    a little bathroom break?

10       Q.   Sure, sir.  No problem.

11              (Thereupon a brief recess was taken,

12   after which the following proceedings were had.)

13   BY MR. LUSTIG:

14       Q.   Mr. Hussey, before we went on break I was

15   asking you questions about Exhibit B to Exhibit 1

16   which is the copyright registration, correct?

17       A.   Yes.

18       Q.   All right.  Now, can you look at that

19   document again for me, please.  Can you please tell

20   me what the completion of publication is in this

21   document?

22       A.   Completion?

23       Q.   It's the second line, the year of

24   completion.

25       A.   2009.

Page 11

1          Q.    And what's the title of the work?

2          A.    N-46.

3          Q.    How did you come up with that title?

4                MR. JACKSON-FANNIN:  Object to the form.

5                THE WITNESS:  That's an internal job

6      number.

7      BY MR. LUSTIG:

8          Q.    And you appear to be the claimant, Tom

9      Hussey?

10         A.    Yes.

11         Q.    And the rights and permissions are for

12     Tom Hussey Photography, LLC, correct?

13         A.    Yes.

14         Q.    And the certification was dated June 8,

15     2009; is that true?

16         A.    Yes.

17                MR. JACKSON-FANNIN:  Object to the form.

18     BY MR. LUSTIG:

19         Q.    Now, who filed the application for this

20     certificate of registration?

21         A.    My office.

22         Q.    When your office filed it, who was in

23     charge of filing that for your office?

24         A.    Honestly, I don't recall if I did this

25     one myself or if I had one of my employees at the

1    time do it.

2         Q.   When you filed this -- let me ask you in

3    a general basis.  Is this the first time you filed

4    for a copyright registration?

5              MR. JACKSON-FANNIN:  Object to the form.

6              THE WITNESS:  I'm not sure.

7    BY MR. LUSTIG:

8         Q.   Are there any other copyright

9    certificates that predate the year 2009 for you?

10        A.   I'm not sure.

11        Q.   Have you filed any lawsuits against

12   anyone for copyrighted works with certificates that

13   predate the year 2009?

14             MR. JACKSON-FANNIN:  Object to the form.

15             THE WITNESS:  I'm not sure.

16   BY MR. LUSTIG:

17        Q.   How would you find out?

18        A.   I would have to look at cases, I suppose.

19        Q.   Now, are there -- strike that.  What

20   process do you follow when you file for a copyright

21   registration of your photographs?  What do you do?

22             MR. JACKSON-FANNIN:  Object to the form.

23   BY MR. LUSTIG:

24        Q.   What do you do when you file for a

25   copyright registration for your photographs in

Page 13

1    general?

2              MR. JACKSON-FANNIN:  Object to the form.

3              THE WITNESS:  I register them with the US

4         Copyright Office.

5    BY MR. LUSTIG:

6         Q.   Are you familiar with the registration

7    process?

8         A.   Somewhat, yes.

9         Q.   Can you please tell me what you're

10   familiar with in terms of that registration process?

11        A.   I use the online portal and fill in the

12   appropriate boxes and upload the work and pay the

13   fee.

14        Q.   When you upload the work, what do you

15   upload?

16        A.   JPEG representations of the images being

17   registered.

18        Q.   What images did you register in

19   connection with Exhibit A to Exhibit 1?

20             MR. JACKSON-FANNIN:  Object to the form.

21             THE WITNESS:  You're asking what images I

22        registered?

23   BY MR. LUSTIG:

24        Q.   What images did you upload as part of

25   your work?

1          A.    This one.

2          Q.    Did you upload that one?  Did you upload

3    any other images?

4          A.    As a part of this registration?

5          Q.    Yes, sir.

6          A.    Yes.

7          Q.    What other images did you upload?

8          A.    Additional reflection work.

9          Q.    And what would that involve?

10              MR. JACKSON-FANNIN:  Objection, form.

11              THE WITNESS:  Uploading the JPEGs to the

12         US Copyright Office.

13   BY MR. LUSTIG:

14         Q.    What type of JPEGS did you upload?  Did

15   you upload JPEGS of other images that are similar to

16   Exhibit A that portray different people?  Is that

17   what you uploaded?

18              MR. JACKSON-FANNIN:  Objection to form.

19              THE WITNESS:  Yes.

20   BY MR. LUSTIG:

21         Q.    Did you upload the images that you took

22   or the pictures that you took of the older person

23   looking at himself or herself in the mirror or a

24   glass?

25              MR. JACKSON-FANNIN:  Objection, form.

1              THE WITNESS:  I'm not sure what

2        illustration, what image you're referring to.

3   BY MR. LUSTIG:

4        Q.   Sure.  Were there a series of photographs

5   that you filed with the Copyright Office that were

6   separate and apart from the final image?

7              MR. JACKSON-FANNIN:  Objection, form.

8              THE WITNESS:  Yes.

9   BY MR. LUSTIG:

10       Q.   Okay.  And those series of photographs

11  involved what?

12             MR. JACKSON-FANNIN:  Objection, form.

13  BY MR. LUSTIG:

14       Q.   What was in the photographs that you

15  uploaded?

16       A.   Different people looking at themselves in

17  the mirror.

18       Q.   So you had photographs of older persons

19  looking at themselves in the mirror, correct?

20       A.   Yes.

21       Q.   And you had photographs of younger

22  persons looking at themselves in the mirror, correct?

23       A.   Yes.

24       Q.   Then you had an image of the older person

25  looking at the reflection of a younger person in the

```
 1   mirror, correct?

 2          A.   Yes.

 3          Q.   All right.  And would that be what was

 4   included in the work that was uploaded to the

 5   Copyright Office?

 6               MR. JACKSON-FANNIN:  Objection, form.

 7               THE WITNESS:  I believe so.

 8   BY MR. LUSTIG:

 9          Q.   Okay.  For every photograph that you --

10   strike that.  For every image in your Reflection

11   series that was part of this N-46 work, did you

12   include photos of the older person looking at himself

13   or herself in the mirror?

14          A.   Yes.

15          Q.   For every image that was part of N-46,

16   did you include photos of the younger person looking

17   at himself or herself in the mirror?

18          A.   Yes.

19                     Excerpt Number 2.

20               (The document referred to was thereupon

21   marked Defendant's Exhibit 7 for Identification, a

22   copy of which is not attached hereto.)

23   BY MR. LUSTIG:

24          Q.   I'm going to show you what I marked as

25   Exhibit 7.
```

1           MR. JACKSON-FANNIN:  Is this your copy,

2       counsel?

3           MR. LUSTIG:  No, it's an exhibit copy.  I

4       don't have an extra copy.

5           MR. JACKSON-FANNIN:  I noticed that there

6       were highlighting.

7           MR. LUSTIG:  I just highlighted something

8       so you can see it, but you won't be able to see

9       it on a photocopy or scan because it's yellow

10      highlight.

11          MR. JACKSON-FANNIN:  I will note for the

12      record that Defendant's Exhibit 7, highlighting

13      by counsel appears in paragraph 10 and paragraph

14      11 of this document.

15   BY MR. LUSTIG:

16      Q.  Can you please review Exhibit 7.

17      A.  Can I?

18      Q.  Sure, you can take it apart.

19          MR. JACKSON-FANNIN:  Can we go off the

20      record quickly.

21          (Thereupon a brief recess was taken,

22   after which the following proceedings were had.)

23          MR. JACKSON-FANNIN:  For identification

24      purposes, just to be clear on the record, page 3

25      of 7 within Defendant's Exhibit 7 was replaced

1       to remove the highlighted portions that counsel

2       had added.

3   BY MR. LUSTIG:

4       Q.   Now, Mr. Hussey, is that a document

5   titled on the top -- does it have the name Duane

6   Morris LLP on the top of the document in bold?

7       A.   Yes.

8       Q.   All right.  And does it have a style with

9   the name United States District Court, District of

10  Nevada?

11      A.   Is this a style?

12      Q.   The style of the case, does it say United

13  States District Court, District of Nevada, the very,

14  very top, on top of the style?

15          MR. JACKSON-FANNIN:  Object to the form.

16  BY MR. LUSTIG:

17      Q.   Does it have the words United States

18  District Court, District of Nevada on the top of the

19  document?

20      A.   It says United States District Court,

21  District of Nevada.

22      Q.   And does it your have name Tom Hussey, an

23  individual?

24      A.   Yes.

25      Q.   And the defendant is Alan Jeskey

```
 1    Builders, Inc.; is that true?

 2            A.    That's what it says.

 3            Q.    And it says, "complaint for copyright

 4    infringement, demand for jury trial"; is that what it

 5    says?

 6            A.    Yes.

 7            Q.    Did you authorize the filing of this

 8    lawsuit by Duane Morris?

 9            A.    Yes.

10            Q.    Okay.  Now, can you look at paragraph 9

11    of the complaint, which is on page 3 of 7.

12                  Does paragraph 9 discuss the photographs

13    in a series called Reflections?

14            A.    Yes.

15            Q.    And it describes the Reflections series

16    to include a photographic image that you created,

17    correct?

18                  MR. JACKSON-FANNIN:  Object to the form.

19                  THE WITNESS:  Yes.

20    BY MR. LUSTIG:

21            Q.    And it states that it's of an elderly man

22    looking at the reflection of his younger self in the

23    mirror above his bathroom sink, correct?

24                  MR. JACKSON-FANNIN:  Object to the form.

25                  THE WITNESS:  Yes.
```

Page 20

1    BY MR. LUSTIG:

2         Q.   Then in parenthesis and in quotes, it

3    identifies that as the copyrighted work; is that

4    true?

5              MR. JACKSON-FANNIN:  Object to the form.

6              THE WITNESS:  Yes.

7    BY MR. LUSTIG:

8         Q.   And then references the attachment of

9    Exhibit A, which is a screenshot of a digital copy of

10   the copyrighted work, correct?

11             MR. JACKSON-FANNIN:  Object to the form.

12             THE WITNESS:  Yes.

13   BY MR. LUSTIG:

14        Q.   Now, can you look at Exhibit A of that

15   complaint.  Is Exhibit A the same photograph or image

16   that is involved in the lawsuit against my client?

17        A.   It appears to be, yes.

18        Q.   It appears to be or is it the same image?

19             MR. JACKSON-FANNIN:  Object to the form.

20             THE WITNESS:  Yes.

21   BY MR. LUSTIG:

22        Q.   Okay.  And in paragraph 10 of your

23   complaint it says that you registered the copyrighted

24   work, which is that image, along with other

25   photographs you created in 2009 obtaining

Page 21

1   registration number VAu990-319.

2            Did I read that correctly?

3            MR. JACKSON-FANNIN:  Object to the form.

4            THE WITNESS:  If you mean the number,

5       then yes.

6   BY MR. LUSTIG:

7        Q.   It says:  "Plaintiff registered the

8   copyrighted work, along with other photographs he

9   created in 2009, with the United States Copyright

10  Office, obtaining registration number VAu990-319,

11  effective as of June 8, 2009."

12           Did I read that correctly?

13       A.   Yes.

14       Q.   "Attached hereto as Exhibit B is a true

15  and accurate copy of the certificate of registration

16  numbered VAu99-319 (sic), as issued by the United

17  States Copyright Office."

18           Did I read that correctly?

19       A.   No.

20       Q.   I did not read that correctly?  What did

21  I miss?

22       A.   You didn't say the number correctly.

23       Q.   VAu990-319, is that the number?

24       A.   Yes.

25       Q.   Okay.  Did that correct the statement

Page 22

1    then?

2         A.   Yes.

3         Q.   Can you please take a look at Exhibit B

4    of the complaint.  Is Exhibit B of this complaint the

5    same certificate that is contained in the complaint

6    that you filed against Mr. Ngo, my client?

7              MR. JACKSON-FANNIN:  Object to the form.

8              THE WITNESS:  Yes.

9    BY MR. LUSTIG:

10        Q.   And according to this complaint the

11   copyrighted work which is contained in Exhibit A was

12   registered under that specific copyright, correct?

13             MR. JACKSON-FANNIN:  Object to the form.

14             THE WITNESS:  Yes.

15   BY MR. LUSTIG:

16        Q.   Now, when was this lawsuit filed?

17        A.   Is that to me?

18        Q.   Yes, sir.

19        A.   What lawsuit?

20        Q.   This lawsuit you're looking at, this

21   complaint.  Sorry, Exhibit 7.

22        A.   What's the question.

23        Q.   When was Exhibit 7 filed?  It's up at the

24   top in blue.

25        A.   I assume June 9, 2018.

Page 23

1       Q.   July 9th?

2       A.   Oh, sorry, July.

3       Q.   That's okay.  Were you deposed in that

4  case, in the case involving Exhibit 7?

5       A.   No.

6       Q.   What case were you deposed on?  Remember

7  at the beginning of the deposition I asked if you

8  were ever deposed and you said, "yes, I was."  When

9  were you deposed?

10          MR. JACKSON-FANNIN:  Object to the form.

11      Counsel, you asked a compound question.  You

12      first asked him when was he deposed.  Then you

13      asked what case was he deposed.  I would ask you

14      to rephrase.

15  BY MR. LUSTIG:

16      Q.   Do you remember when you were deposed?

17      A.   Last year.

18      Q.   Do you remember what case you were

19  deposed on?

20      A.   I don't remember the case.

21      Q.   Where was the deposition?

22      A.   In Denver.

23      Q.   Was it a case involving a claim filed in

24  a United States court?

25      A.   I believe so.

Page 24

1          Q.   Did that case resolve?

2          A.   Yes.

3          Q.   So is this time and the time you were

4    deposed in Denver the only two times you have ever

5    been deposed in your life?

6          A.   Yes.

7          Q.   Can I borrow that Exhibit 7, please?

8    Thank you.

9               Did you resolve the case against Alan

10   Jeskey Builders?

11         A.   Yes.

12         Q.   Can I borrow that for a second?

13              (The document referred to was thereupon

14   marked Defendant's Exhibit 8 for Identification, a

15   copy of which is not attached hereto.)

16   BY MR. LUSTIG:

17         Q.   I'm showing you Exhibit 8, which is

18   marked as TH10826 through TH10828.  Did you sign that

19   agreement?

20              MR. JACKSON-FANNIN:  Object to the form.

21              THE WITNESS:  Yes.

22   BY MR. LUSTIG:

23         Q.   When did you sign that agreement?

24         A.   September 28, 2018.

25         Q.   And how much money were you -- did you

Page 25

1    agree to settle the case for?

2              MR. JACKSON-FANNIN:  Object to the form.

3              THE WITNESS:  It appears $25,000.

4    BY MR. LUSTIG:

5         Q.   How did you come up with that number?

6    What went into your calculation of that's the number

7    that I want?

8              MR. JACKSON-FANNIN:  Object to the form.

9              THE WITNESS:  It was a -- to my knowledge

10       a negotiation between the attorneys involved.

11   BY MR. LUSTIG:

12        Q.   Did you approve the settlement?

13        A.   Yes.

14        Q.   Okay.  Is this $25,000 -- do you know

15   when that picture was initially posted online by this

16   defendant in the case involving Exhibit 7?

17        A.   I don't have Exhibit 7.  I'm sorry, what

18   was the question?

19        Q.   Do you know when the image that you sued

20   for in the lawsuit that was -- or the complaint that

21   was filed as Exhibit 7, do you know when that image

22   was utilized by the defendant in that case?

23              MR. JACKSON-FANNIN:  Object to the form.

24              THE WITNESS:  No.

25   BY MR. LUSTIG:

1          Q.   Do you know how long the defendant

2     utilized that image?

3               MR. JACKSON-FANNIN:  Object to the form.

4               THE WITNESS:  No.

5     BY MR. LUSTIG:

6          Q.   Would you agree with me, sir, that the

7     $25,000 that you settled for is much higher than the

8     settlements you reached in the other settlements we

9     discussed earlier in Exhibit 6 --

10              MR. JACKSON-FANNIN:  Object to the form.

11    BY MR. LUSTIG:

12         Q.   -- for $1,000, $750?

13         A.   Yes.

14              MR. JACKSON-FANNIN:  Object to the form.

15    BY MR. LUSTIG:

16         Q.   Much higher, correct?

17              MR. JACKSON-FANNIN:  Object to the form.

18              THE WITNESS:  Yes.

19    BY MR. LUSTIG:

20         Q.   And it is much higher than the licensing

21    fee that you received for the use of one photo for an

22    entire term of three years according to the

23    agreements we discussed today?

24              MR. JACKSON-FANNIN:  Objection, form.

25    BY MR. LUSTIG:

1      Q.   Correct?

2      A.   Yes.

3      Q.   Did you receive any money from the

4  settlement?

5           MR. JACKSON-FANNIN:   What settlement are

6      you referring to?

7           MR. LUSTIG:   The one from Exhibit 8.   The

8      only one we're talking about.

9           MR. JACKSON-FANNIN:   We have spoken about

10      several settlements but thank you for clarifying

11      that it was Exhibit 8.

12           MR. LUSTIG:   No problem.

13           THE WITNESS:   I'm not sure.

14  BY MR. LUSTIG:

15      Q.   You don't know if you received any of

16  that money?

17      A.   Correct.

18      Q.   How would you verify if you received any

19  of this money?

20      A.   Bank records.

21      Q.   And were you supposed to be paid the

22  entire $25,000 or a percentage of the $25,000?

23           MR. JACKSON-FANNIN:   I'm going to object

24      and I'm also going to caution the deponent not

25      to answer the question to the extent that it

```
 1        would reveal attorney-client communication.
 2              THE WITNESS:  Okay.  What was the
 3        question again?
 4   BY MR. LUSTIG:
 5        Q.   Were you supposed to be paid the entire
 6   $25,000 or a percentage of the $25,000?
 7        A.   A percentage.
 8              (The document referred to was thereupon
 9   marked Defendant's Exhibit 9 for Identification, a
10   copy of which is not attached hereto.)
11   BY MR. LUSTIG:
12        Q.   I'm going to show you a lawsuit filed by
13   you, a complaint filed by you that I've marked as
14   Exhibit 9 in the matter of Tom Hussey versus
15   CollegeVox, LLC, d/b/a GainesvilleScene and
16   OrlandoScene In The United States District Court for
17   the Southern District of Florida, Gainesville
18   Division.
19              Sir, did you authorize the filing of that
20   lawsuit, of that complaint?
21        A.   Yes.
22        Q.   Now take a look at paragraph 9 on page
23   3.  Does paragraph 9 describe the photograph or the
24   image as part of the Reflections of The Past series?
25              MR. JACKSON-FANNIN:  Object to the form.
```

```
 1              THE WITNESS:  Could you restate that?
 2         I'm sorry, I was undoing this.
 3    BY MR. LUSTIG:
 4         Q.    Sure.  Does paragraph 9 refer to the
 5    image you're suing for in the complaint as part of
 6    the Reflections of The Past, the award-winning photo
 7    series taken by the plaintiff?
 8              MR. JACKSON-FANNIN:  Object to the form.
 9    BY MR. LUSTIG:
10         Q.    Does it refer to that?
11              MR. JACKSON-FANNIN:  Object to the form.
12              THE WITNESS:  Yes.
13    BY MR. LUSTIG:
14         Q.    And does it describe the photograph,
15    what's in the image?
16              MR. JACKSON-FANNIN:  Object to the form.
17              THE WITNESS:  Yes.
18    BY MR. LUSTIG:
19         Q.    And does it say that:  "The photo series
20    was taken in support of a marketing campaign by a
21    major pharmaceutical company client of the
22    plaintiff"?
23              MR. JACKSON-FANNIN:  Object to the form.
24              THE WITNESS:  Yes.
25    BY MR. LUSTIG:
```

1        Q.    Paragraph 10 says:  "Among the notable

2   photos in the Reflections of The Past series is a

3   photograph of an elderly man looking at the

4   reflection of his younger self in the bathroom

5   mirror, (the Copyrighted Work)."

6              Is that what it says?

7              MR. JACKSON-FANNIN:  Object to the form.

8              THE WITNESS:  Yes.

9   BY MR. LUSTIG:

10       Q.    And it says:  "Plaintiff is the exclusive

11   owner of the copyrights in and to the copyrighted

12   work", and it references that Exhibit A, which is a

13   copy of the copyrighted work, correct?

14              That's what it references in the

15   paragraph, Exhibit A?

16       A.    Yes.

17       Q.    Can you look at Exhibit A?  Is Exhibit A

18   the same image that you are suing my client for in

19   this case?

20              MR. JACKSON-FANNIN:  Object to the form.

21              THE WITNESS:  Yes.

22   BY MR. LUSTIG:

23       Q.    Then in paragraph 11 it discusses that:

24   "Plaintiff obtained the following registration with

25   the United States Copyright Office for the copyright

1   work:  VAu990-319."

2              You see that?

3        A.   Yes.

4        Q.   It says:  "Attached hereto as Exhibit B

5   is a copy of the registration with the United States

6   Copyright Office covering the copyrighted work."

7              Did I read that correctly?

8        A.   Yes.

9        Q.   Can you look at Exhibit B to that

10  complaint?  Is that the same Exhibit B that is

11  contained in the lawsuit that we're here for today

12  against my client?

13             MR. JACKSON-FANNIN:  Object to the form.

14             THE WITNESS:  Yes.

15             (The document referred to was thereupon

16  marked Plaintiff's Exhibit 10 for Identification, a

17  copy of which is not attached hereto.)

18  BY MR. LUSTIG:

19       Q.   I'm going to show you what I marked as

20  Exhibit 10.

21             MR. JACKSON-FANNIN:  For identification

22      purposes Defendant's Exhibit 10 bears Bates

23      numbers TH10829 through TH10834.

24  BY MR. LUSTIG:

25       Q.   Can you look at that settlement agreement

Page 32

1   and tell me if you find your signature on the last

2   page of the agreement?

3                MR. JACKSON-FANNIN:  Object to the form.

4                THE WITNESS:  Can you read the question

5        back again, please?

6                (The question referred to was read by the

7        reporter as above recorded.)

8                THE WITNESS:  Yes.

9   BY MR. LUSTIG:

10       Q.   Did you resolve the case against

11   CollegeVox by way of that settlement agreement?

12       A.   Yes.

13       Q.   How much was the total settlement amount?

14       A.   $5,000.

15       Q.   And it involves the same exact photograph

16   or image --

17                MR. JACKSON-FANNIN:  Object to the form.

18   BY MR. LUSTIG:

19       Q.   -- that we discussed in Exhibit A to the

20   complaint?

21                MR. JACKSON-FANNIN:  Object to the form.

22                THE WITNESS:  Yes.

23   BY MR. LUSTIG:

24       Q.   Do you know how long -- actually, look at

25   Exhibit C of Exhibit 9.  Can you just flip so you can

Page 33

1    see what's in Exhibit C?

2          A.   I did.

3          Q.   Do you see the title "Mirror, Mirror On

4    the Wall" in that exhibit?

5          A.   Yes.

6          Q.   And it has a date, correct, underneath

7    the heading?

8          A.   Not that I see.

9          Q.   You can't see the print March 13, 2014?

10         A.   No.

11         Q.   Maybe if you flip to the next page.  Is

12   that the correct date, that it states on the

13   document?

14         A.   What you said is what's printed on this

15   document.

16         Q.   Do you know how long that photograph of

17   that image was on that website?

18         A.   No.

19         Q.   Do you know how long that image remained

20   on the website after you filed the lawsuit?

21         A.   No.

22         Q.   So you don't have any form of calculation

23   as to why you chose to settle for $5,000?

24              MR. JACKSON-FANNIN:  Object to the form.

25              THE WITNESS:  No.

Page 34

```
 1              (The document referred to was thereupon
 2   marked Defendant's Exhibit 11 for Identification, a
 3   copy of which is not attached hereto.)
 4   BY MR. LUSTIG:
 5        Q.   I'm going to show you what I am marking
 6   as Exhibit 11.
 7              Did you have an opportunity to look at
 8   the document?
 9        A.   I will now.  Yes.
10        Q.   Was that complaint filed on behalf of you
11   doing business as Tom Hussey Photography, LLC?
12              MR. JACKSON-FANNIN:  Object to the form.
13              THE WITNESS:  Yes.
14   BY MR. LUSTIG:
15        Q.   And it was filed against a defendant
16   called Sensitive Touch?
17        A.   It's Sensitive Touch, Inc., yes.
18        Q.   And did you authorize the filing of this
19   complaint in the Southern District of New York?
20        A.   Yes.
21        Q.   And according to this complaint,
22   paragraph 14, it says, you had the ownership and the
23   copyright to the image.  "See original image attached
24   hereto as Exhibit A."
25              Can you flip to Exhibit A, please?  Is
```

1    the image in Exhibit A the same image that is the

2    subject to the lawsuit against my client?

3                   MR. JACKSON-FANNIN:  Object to the form.

4                   THE WITNESS:  Yes.

5    BY MR. LUSTIG:

6         Q.   Paragraph 15 says that you registered the

7    image with the United States Copyright Office under

8    registration VAu990-319.  You see that?

9         A.   Yes.

10        Q.   What happened to this case?  Did you

11   settle this case?

12        A.   I don't know.

13        Q.   How would you know if you settled or

14   not?

15                  MR. JACKSON-FANNIN:  Object to the form.

16                  THE WITNESS:  I would have to look at the

17       records.

18   BY MR. LUSTIG:

19        Q.   The records pertaining to that particular

20   case?

21        A.   Yes.

22        Q.   And where would you find those records,

23   in your office?

24                  MR. JACKSON-FANNIN:  Object to the form.

25                  THE WITNESS:  ImageRights.

```
 1   BY MR. LUSTIG:
 2        Q.   Okay.  So ImageRights would tell you
 3   where those records are?
 4             MR. JACKSON-FANNIN:  Object to the form.
 5             THE WITNESS:  I should be able to find it
 6        on ImageRights.
 7   BY MR. LUSTIG:
 8        Q.   Does ImageRights get a percentage of any
 9   settlement or lawsuit that is filed on your behalf?
10             MR. JACKSON-FANNIN:  Object to the form,
11        and I would instruct the witness not to answer
12        the question, to the extent it will disclose
13        attorney-client communications.
14   BY MR. LUSTIG:
15        Q.   You're not represented by ImageRights,
16   are you?  They are not your lawyers?
17        A.   Which question am I answering.
18        Q.   Sure.  Is ImageRights your lawyer?
19        A.   No.
20        Q.   Is ImageRights a subscription service
21   that you pay a fee so they essentially look over and
22   find usage of your work?
23             MR. JACKSON-FANNIN:  Object to the form.
24             THE WITNESS:  Yes.
25   BY MR. LUSTIG:
```

1          Q.   So do you -- does ImageRights get a

2     percentage of any amount of money that it has

3     recovered in any lawsuits filed on your behalf?

4               MR. JACKSON-FANNIN:  Object to the form.

5          Same instruction to the witness, answer the

6          question to the extent you can without

7          disclosing attorney-client communications.

8               THE WITNESS:  Yes.

9     BY MR. LUSTIG:

10         Q.   What percentage does ImageRights receive?

11              MR. JACKSON-FANNIN:  Object to the form.

12         Instruct the witness not to answer the question

13         to the extent that it would reveal

14         attorney-client communications.

15              THE WITNESS:  I don't know if I can

16         answer that or not now.  I'm sorry, I'm

17         confused.

18     BY MR. LUSTIG:

19         Q.   Well, ImageRights is not your lawyer, so

20     how much a percentage they receive is not

21     privileged.

22              MR. JACKSON-FANNIN:  Counsel, I will say

23         this on the record before the deponent answers

24         the question.

25              To the extent that you are asking him

1          what the percentage was and it may have been

2          derived between negotiations with counsel and

3          things of that nature, if he knows the witness

4          can answer.

5                To the extent your question is asking him

6          to reveal communications that led up to whatever

7          percentage it may be that ImageRights receives,

8          I am instructing him not to answer.

9                MR. LUSTIG:  I didn't ask about

10         communications that led up to percentages.  I

11         asked what percentage did they receive.  I don't

12         care about how they got to that percentage.  I

13         only care about how much of a percentage they

14         receive.

15               MR. JACKSON-FANNIN:  Object to the form.

16         Are you specifically referring to this case,

17         which has now been marked as Defendant's 11 or

18         are you referring to something else?

19    BY MR. LUSTIG:

20         Q.   Let me go back a little bit.  For every

21    case that you file or that's filed for you, is

22    ImageRights involved in the filing of that case?

23               MR. JACKSON-FANNIN:  Object to the form.

24               THE WITNESS:  No.

25    BY MR. LUSTIG:

1          Q.   In this particular case that we're here

2     for today, my client's case, where you sued my

3     client, is ImageRights involved in this case?

4                MR. JACKSON-FANNIN:  Object to the form.

5                THE WITNESS:  Yes.

6     BY MR. LUSTIG:

7          Q.   What's the percentage that ImageRights is

8     to receive from any recovery that is paid in your

9     case, if any?

10               MR. JACKSON-FANNIN:  Object to the form.

11               THE WITNESS:  If I remember correctly,

12        it's 40 percent.

13    BY MR. LUSTIG:

14         Q.   So ImageRights receives 40 percent of the

15    recovery?

16               MR. JACKSON-FANNIN:  Object to the form.

17               THE WITNESS:  I believe that's correct.

18    BY MR. LUSTIG:

19         Q.   What do you receive?

20         A.   60 percent.

21         Q.   Do you pay for the cost of litigation or

22    does ImageRights pay for the cost of litigation?

23               MR. JACKSON-FANNIN:  Object to the form.

24               THE WITNESS:  ImageRights.

25                    Excerpt Number 3.

1             (The document referred to was thereupon

2    marked Defendant's Exhibit 16 for Identification, a

3    copy of which is attached hereto.)

4    BY MR. LUSTIG:

5         Q.   Okay.  I'm going to show you what I

6    marked as Exhibit 16 and it includes a copy of your

7    certificate from the Copyright Office, and it's Bates

8    stamped as NGO-1850, 1851, 1852, 4289, 4290, 4291,

9    4292, 4293, 4294 and 4295, which show payment for

10   these records.

11            Now, you're looking at NGO, what's the

12   number?

13        A.   1850.

14        Q.   All right.  And that is what?

15        A.   It appears to be a certificate of

16   registration.

17        Q.   And that's from the US Copyright Office?

18        A.   Yes.

19        Q.   And what is that certificate of

20   registration for?

21        A.   Are you asking -- I'm not sure what

22   you're asking.

23        Q.   Is it for work N-46?

24        A.   Yes.

25        Q.   Okay.  Is this certificate -- is a copy

Page 41

1    of the certificate -- strike that.  Is Exhibit B to

2    the complaint in this case a copy of that

3    certificate?

4              MR. JACKSON-FANNIN:  Object to the form.

5              THE WITNESS:  Could you read that back,

6         please.

7              (The question referred to was read by the

8         reporter as above recorded.)

9              THE WITNESS:  Yes.

10   BY MR. LUSTIG:

11        Q.   Now take a look at 1852.  You see there

12   it says:  "This is to certify that the attached flash

13   drive is a true representation of the work entitled

14   N-46 deposited in the Copyright Office with claim of

15   copyright registered under number VAu990-319."  Do

16   you see that?

17        A.   Yes.

18        Q.   Is that the name of your work and the

19   copyright registration number?

20        A.   Yes.

21        Q.   And then it says here:  "This is to

22   certify further, that deposits submitted

23   electronically bear no identifying marks."  See that?

24        A.   Yes.

25        Q.   And it's signed by Karyn A. Temple,

1    acting -- I'm sorry, by Jarletta Walls and on top of

2    her name is Karyn A. Temple, Acting United States

3    Register of Copyrights and Director; you see that?

4           A.   Yes.

5           Q.   Can you turn the page, please?  What

6    Bates stamp do you see on the bottom of that page?

7           A.   NGO-4289.

8           Q.   All right.  NGO-4289 states that:  "This

9    is to certify that the attached application report is

10   a true representation of the information submitted to

11   the Copyright Office in association with the

12   electronic application for registration of material

13   identified as N-46 service request number

14   SR1-202193721.  In the course of the Copyright

15   Office's consideration of the application, the

16   submitted information may have been amended in

17   accordance with the wishes of the applicant.

18   However, any such amendments are not reflected in the

19   application report.  Any such amendments will be

20   reflected via a comparison important between the

21   application report and the registration certificate.

22   Amendments may also be reflected in the

23   correspondence records associated with an

24   application."

25               Did I read that correctly?

Page 43

```
 1          A.   Yes.
 2          Q.   Okay.  Now take a look at 4290.  You see
 3    it says "application".  Is that the title of your
 4    work, N-46?
 5          A.   Yes.
 6          Q.   You see the completion date of 2009?
 7          A.   Yes.
 8          Q.   And you are listed as the author,
 9    correct?
10          A.   Yes.
11          Q.   And you are listed as a claimant as well?
12          A.   Yes.
13          Q.   And you gave rights and permission to Tom
14    Hussey Photography, LLC, correct?
15          A.   Yes.
16          Q.   The certification states name, and it's
17    your name, Tom Hussey, and the date is June 8, 2009,
18    correct?
19          A.   Yes.
20          Q.   Then it has the mail certificate and it
21    has your company name, your name and your address,
22    correct?
23          A.   Correct.
24          Q.   All right.  Take a look at the next page,
25    NGO-4291.  Now, do you see in these pages -- these
```

Page 44

1    copies of pages from the Copyright Office what

2    appears to be a blue ribbon and a seal of the United

3    States?

4                MR. JACKSON-FANNIN:   Object to the form.

5                THE WITNESS:   Yes.

6    BY MR. LUSTIG:

7         Q.   Okay.  And you see it says:  "This is to

8    certify that the attached are photocopies of the

9    following items which appear in the correspondence

10   files of the Copyright Office for the work entitled

11   N-46", and then there is "1-202193721".  You see

12   that?

13        A.   Yes.

14        Q.   It says here that there was an e-mail

15   sent to you on July 7, 2009, and then it also says

16   that there was an inbound call to the Copyright

17   Office received on 7/10/2009 from you, correct?

18        A.   Yes.

19        Q.   Then if you turn to the next page, it has

20   a report on page 4292 and 4293, has a report of the

21   e-mail that was outbound created on 6/8/2009.

22               You see that?  It says:  "This is an

23   automated e-mail.  Do not reply.  Thank you for

24   submitting your registration claim using the

25   electronic Copyright Office (eCO) System."

Page 45

1          Do you see that?

2     A.    Yes.

3     Q.    "This e-mail confirms that your

4  application and fee for the work N-46 was received on

5  6/8/2009."

6          This is consistent with your testimony

7  that you submitted the information electronically,

8  correct?

9          MR. JACKSON-FANNIN:  Object to the form.

10          THE WITNESS:  Yes.

11  BY MR. LUSTIG:

12     Q.    Okay.  Then on the next page, the e-mail

13  created on July 7, 2009, which is Bates stamped 4293

14  says:  "Registration has been delayed because you

15  have a LLC as a d/b/a.  For copyright purposes a LLC

16  is considered a corporation, which is a separate

17  legal entity from the individual author/claimant."

18          Do you see that?

19     A.    Yes.

20     Q.    It says:  "The gist is that you cannot

21  use a corporate entity as a d/b/a."  If possible,

22  please call me at this number, and they give you a

23  phone number.  You see that?

24     A.    Yes.

25     Q.    Now, this was dated on July 7, 2009,

1    correct?

2         A.   Yes.

3         Q.   Then at some point later, years later,

4    you filed that lawsuit in the Southern District of

5    New York under your name d/b/a Tom Hussey

6    Photography, LLC for copyright infringement, correct?

7              MR. JACKSON-FANNIN:   Object to the form.

8              THE WITNESS:   Yes.

9    BY MR. LUSTIG:

10        Q.   Okay.   Now, let me show you what's in the

11   file in the deposit of your copyright registration.

12   I am going to mark -- I am going to start with

13   NGO-3933 through NGO-3942, which I am going to mark

14   as Exhibit 17.

15             (The document referred to was thereupon

16   marked Defendant's Exhibit 17 for Identification, a

17   copy of which is not attached hereto.)

18   BY MR. LUSTIG:

19        Q.   Did you have an opportunity to look at

20   these photographs?

21        A.   Yes, I reviewed these images.

22        Q.   Are those images images that are yours?

23        A.   Yes.

24        Q.   Okay.   Can you tell me if in any of those

25   images in Exhibit 17, did you see the image that is

```
                                            Page 47

 1    attached to the complaint as Exhibit A?

 2          A.    No.

 3                (The document referred to was thereupon

 4    marked Defendant's Exhibit 18 for Identification, a

 5    copy of which is not attached hereto.)

 6    BY MR. LUSTIG:

 7          Q.    Now, I'm going to go over your entire

 8    submission to the copyright office and I'm going to

 9    show you Exhibit 18, which is Bates stamped as

10    NGO-1853 to NGO-1920.

11                Can you just look through those

12    photographs, please.  Did you finish reviewing

13    Exhibit 18?

14          A.    Yes.

15          Q.    All right.  Can you please tell me what's

16    depicted on the photographs or who's depicted in the

17    photographs in Exhibit 18?

18                Is there more than one person?

19          A.    No.

20          Q.    Is the person depicted in the photograph

21    an older person or a younger person?

22          A.    Older.

23          Q.    And is this part of your Reflection

24    series that you took?  Is this part of the Reflection

25    series that is discussed in Exhibit 2 of this
```

1    deposition?  Remember the invoice we talked about

2    earlier today?

3                 MR. JACKSON-FANNIN:  Object to the form.

4                 THE WITNESS:  Yes.

5    BY MR. LUSTIG:

6         Q.   And this gentleman that is depicted in

7    the photograph, did you photograph him more than 10

8    times based on all the images that were submitted to

9    the Copyright Office?

10        A.   Yes.

11        Q.   And is the gentleman in the photograph

12   that is depicted in Exhibit 18 the same gentleman

13   that is photographed and depicted in NGO-3940?

14        A.   Yes.

15        Q.   And is the gentleman depicted in Exhibit

16   18 the same gentleman depicted in Exhibit A to the

17   complaint?

18        A.   No.

19        Q.   I'm going to show you Exhibit 19, which

20   is NGO-1921 through NGO-2042.

21                (The document referred to was thereupon

22   marked Defendant's Exhibit 19 for Identification, a

23   copy of which is not attached hereto.)

24   BY MR. LUSTIG:

25        Q.   Did you have an opportunity to review

1  Exhibit 19?

2          A.   Yes.

3          Q.   All right.  And is there a younger male

4  depicted in Exhibit 19?

5          A.   Yes.

6          Q.   There are about -- it's stamped from 1921

7  to 2042, so there is about 121 photographs of this

8  younger male, correct?  From 1921 to 2042, roughly?

9              MR. JACKSON-FANNIN:  Counsel, we will

10        stipulate that Defendant's Exhibit 19 has Bates

11        number NGO-1921 consecutively all the way

12        through NGO-2042.

13  BY MR. LUSTIG:

14         Q.   And what's depicted in these photographs,

15  can you tell me, Exhibit 19?

16             MR. JACKSON-FANNIN:  Object to the form.

17             THE WITNESS:  It's a younger man

18        reflected in a mirror.

19  BY MR. LUSTIG:

20         Q.   And is the younger man reflected in the

21  mirror the same mirror as the older man that we saw

22  in Exhibit 17?  I'm sorry, Exhibit 18.  I apologize.

23         A.   What was the question?

24         Q.   Is the younger man looking at himself in

25  the same mirror as the -- in the same mirror that was

Page 50

1  used for the photograph of the older man in Exhibit

2  18?

3            MR. JACKSON-FANNIN:  Object to the form.

4            THE WITNESS:  Yes.

5  BY MR. LUSTIG:

6       Q.   Okay.  And is the younger male photograph

7  or image included in NGO-3940?

8       A.   Yes.

9       Q.   Okay.  Now, is the younger male in

10  Exhibit A to the complaint depicted in Exhibit 19?

11            MR. JACKSON-FANNIN:  Object to the form.

12            THE WITNESS:  No.

13            (The document referred to was thereupon

14  marked Defendant's Exhibit 20 for Identification, a

15  copy of which is not attached hereto.)

16  BY MR. LUSTIG:

17       Q.   I'm going to show you Exhibit 20, which

18  is NGO-2043 to 2060.

19            What is depicted on Exhibit 20?

20            MR. JACKSON-FANNIN:  Object to the form.

21            THE WITNESS:  Photographs of an older

22     man.

23  BY MR. LUSTIG:

24       Q.   Did you take those photographs?

25       A.   Yes.

1          Q.   Now, did you take the photographs in

2     Exhibits 18 and 19 as well?

3          A.   Yes.

4          Q.   And the older man in Exhibit 20, is that

5     the same older man that's depicted in Exhibit 18?

6          A.   Yes.

7               (The document referred to was thereupon

8     marked Defendant's Exhibit 21 for Identification, a

9     copy of which is not attached hereto.)

10    BY MR. LUSTIG:

11         Q.   Now take a look at Exhibit 21, which is

12    going to be NGO-2061 through NGO-2260.

13              MR. JACKSON-FANNIN:  Are these two copies

14         of the same?

15              MR. LUSTIG:  No.

16              MR. JACKSON-FANNIN:  Is this a composite

17         Exhibit 21 then?

18              MR. LUSTIG: I just didn't have a big

19         enough clip.  It's the same people or same

20         setting, but different photographs.  They are

21         all independent files.

22    BY MR. LUSTIG:

23         Q.   Mr. Hussey, did you have an opportunity

24    to look at Exhibit 21?

25         A.   Yes.

1          Q.    Are there two people depicted on Exhibit

2    21?

3          A.    Yes.

4          Q.    Okay.  Is there a male and a female in a

5    lot of those pictures?

6          A.    Yes.

7          Q.    And in some of the pictures there is only

8    a male, correct?

9          A.    Yes.

10         Q.    And is the male that is depicted in

11   Exhibit 21 the same older male that is depicted

12   throughout all the photographs that are contained

13   within the 199 photographs in that stack?

14              MR. JACKSON-FANNIN:  Object to form and

15         ask counsel to clarify that his question

16         pertains to the photographs that comprise

17         Exhibit 21, Defendants's Exhibit 21.

18              MR. LUSTIG:  I'm only talking about 21

19         right now.

20   BY MR. LUSTIG:

21         Q.    In Exhibit 21 there is only one male that

22   is depicted throughout all the entire exhibit,

23   correct?

24         A.    Yes.

25         Q.    And there is only one female, correct?

1          A.   Yes.

2          Q.   And the male is an adult, correct?  Like

3     an older male; is that correct?

4               MR. JACKSON-FANNIN:  Object to the form.

5               THE WITNESS:  Yes.

6     BY MR. LUSTIG:

7          Q.   Well, it's a senior male, correct?

8               MR. JACKSON-FANNIN:  Object to the form.

9               THE WITNESS:  Yes.

10    BY MR. LUSTIG:

11         Q.   Do you understand the question?  You

12    answered yes, but I just want to make sure you

13    understood the question.

14              The man depicted in that photograph is

15    not the younger person that you photographed in the

16    same set, correct?

17              MR. JACKSON-FANNIN:  Object to the form.

18    BY MR. LUSTIG:

19         Q.   Let me change that a little bit.

20         A.   Okay.

21         Q.   You photographed two males in connection

22    with that image that was a result of a combination of

23    the photos from Exhibit 21, correct?

24              MR. JACKSON-FANNIN:  Object to the form.

25              THE WITNESS:  No.

Page 54

1    BY MR. LUSTIG:

2         Q.   Okay.  How many males did you photograph

3    in that set where that gentleman is standing there

4    and there is a female sitting beside him?

5         A.   In Exhibit 21?

6         Q.   How many total males did you photograph

7    that day on that specific set?

8              MR. JACKSON-FANNIN:  Object to the form.

9              THE WITNESS:  In Exhibit 21?

10   BY MR. LUSTIG:

11        Q.   Yes, sir.

12        A.   One.

13        Q.   One male, correct?

14        A.   Yes.

15        Q.   And would you consider that male to be a

16   young male or an older person?

17        A.   Older.

18             (The document referred to was thereupon

19   marked Defendant's Exhibit 22 for Identification, a

20   copy of which is not attached hereto.)

21   BY MR. LUSTIG:

22        Q.   Okay.  Let me show you Exhibit 22, which

23   is marked as NGO-2261 through NGO-2419.

24             Did you have an opportunity to review

25   Exhibit 22?

Page 55

1          A.   Yes.

2          Q.   Is there a younger male depicted in

3    Exhibit 22?

4               MR. JACKSON-FANNIN:  Object to the form.

5               THE WITNESS:  Yes.

6    BY MR. LUSTIG:

7          Q.   Is he wearing a black jacket and a black

8    hat?

9               MR. JACKSON-FANNIN:  Object to the form.

10              THE WITNESS:  Yes.

11   BY MR. LUSTIG:

12         Q.   What is he wearing?

13         A.   A black jacket and a black hat.

14         Q.   Okay.  And is he looking at himself in

15   the mirror?

16         A.   Yes.

17         Q.   Did you take those photographs?

18         A.   Yes.

19         Q.   Is that the same room as the

20   photographs -- as the place where you took the

21   photographs that are depicted in Exhibit 21?

22         A.   Yes.

23         Q.   Now take a look at Exhibit 17, NGO-3933,

24   3934, 3935.

25              Are those three images the final images

Page 56

1   when you combined Exhibit 21 and Exhibit 22?

2          A.   Yes.

3          Q.   Can I have those back, please.

4               (The document referred to was thereupon

5   marked Defendant's Exhibit 23 for Identification, a

6   copy of which is not attached hereto.)

7   BY MR. LUSTIG:

8          Q.   I'm going to show you Exhibit 23, which

9   is NGO-2420 through 2430.

10              Did you finish reviewing Exhibit 23?

11         A.   Yes.

12         Q.   Did you take those photographs in Exhibit

13  23?

14         A.   Yes.

15         Q.   Did you take the photographs in Exhibit

16  22?

17         A.   Yes.

18         Q.   Is the person depicted in Exhibit 23 the

19  same person as the person depicted in Exhibit 21?

20         A.   Yes.

21         Q.   Is the person depicted in Exhibit 23 the

22  same person as depicted in Exhibit A to the

23  complaint?

24         A.   No.

25              (The document referred to was thereupon

1   marked Defendant's Exhibit 24 for Identification, a

2   copy of which is not attached hereto.)

3   BY MR. LUSTIG:

4        Q.   Take a look at Exhibit 24, which is

5   NGO-2431 through 2564.

6             Did you have an opportunity to review

7   Exhibit 24?

8        A.   Yes.

9        Q.   Is there a woman depicted in Exhibit 24?

10       A.   Yes.

11       Q.   Does she appear to be a woman that would

12   be considered an older person in the picture?

13            MR. JACKSON-FANNIN:  Object to the form.

14            THE WITNESS:  Yes.

15   BY MR. LUSTIG:

16       Q.   How would you describe this person

17   depicted in the photograph?

18       A.   An attractive older woman.

19       Q.   And this attractive older woman, was she

20   photographed by you?

21       A.   Yes.

22       Q.   All right.  And there is about 133

23   photographs included in that Exhibit 24?

24            MR. JACKSON-FANNIN:  Counsel, we will

25       stipulate that Defendant's Exhibit 24 bears

1       Bates number NGO-2431 consecutively through

2       NGO-2564.

3   BY MR. LUSTIG:

4       Q.   Are all the photographs the same or are

5   they slightly different?

6       A.   They're different.

7       Q.   Okay.  So you photographed the person

8   doing different things?

9            MR. JACKSON-FANNIN:  Object to form.

10           THE WITNESS:  Yes.

11  BY MR. LUSTIG:

12      Q.   Different angles, different lighting,

13  correct?

14           MR. JACKSON-FANNIN:  Object to the form.

15           THE WITNESS:  No.

16  BY MR. LUSTIG:

17      Q.   Just different photos?

18           MR. JACKSON-FANNIN:  Object to the form.

19           THE WITNESS:  Yes.

20           (The document referred to was thereupon

21  marked Defendant's Exhibit 25 for Identification, a

22  copy of which is attached hereto.)

23  BY MR. LUSTIG:

24      Q.   Okay.  Show you Exhibit 25, which is

25  NGO-2565 through NGO-2734.

```
                                              Page 59

 1              Did you have an opportunity to review

 2    Exhibit 25?

 3         A.   Yes.

 4         Q.   Is there a person depicted in Exhibit 25?

 5         A.   Yes.

 6         Q.   Can you describe the person that is

 7    depicted in Exhibit 25?

 8              MR. JACKSON-FANNIN:  Object to the form.

 9              THE WITNESS:  A young woman.

10    BY MR. LUSTIG:

11         Q.   Is she sitting in front of mirrors?

12              MR. JACKSON-FANNIN:  Object to the form.

13              THE WITNESS:  Yes.

14    BY MR. LUSTIG:

15         Q.   And is that the same place where this

16    younger woman is sitting as the place where the

17    attractive older woman was sitting, which you

18    photographed and appears in Exhibit 24?

19              MR. JACKSON-FANNIN:  Object to the form.

20              THE WITNESS:  Yes.

21    BY MR. LUSTIG:

22         Q.   The pictures in Exhibit 25, were they

23    taken by you?

24         A.   Yes.

25         Q.   Were the pictures in Exhibit 25 the same
```

Page 60

1  pictures or is it different pictures?

2        A.   They are different pictures.

3             (The document referred to was thereupon

4  marked Defendant's Exhibit 26 for Identification, a

5  copy of which is not attached hereto.)

6  BY MR. LUSTIG:

7        Q.   Okay.  Take a look at Exhibit 26, which

8  is Bates stamps 2735 to 2744.

9             Who is depicted on Exhibit 26?

10       A.   I don't recall.

11       Q.   Is the person depicted in 26 the same

12  older person that is depicted in Exhibit 24?

13       A.   Yes.

14       Q.   Are the pictures in Exhibit 26 all

15  different?

16       A.   Yes.

17       Q.   Did you take the pictures in Exhibit 26?

18       A.   Yes.

19       Q.   Can you please take a look in Exhibit 17

20  at NGO-3941.

21             Does that picture or image contain a

22  combination of the photograph or photographs from

23  Exhibit 25 and 24?

24             MR. JACKSON-FANNIN:  Object to the form.

25             THE WITNESS:  Yes.

1          (The document referred to was thereupon

2    marked Defendant's Exhibit 27 for Identification, a

3    copy of which is not attached hereto.)

4    BY MR. LUSTIG:

5          Q.   Take a look at Exhibit 27.  It's NGO-2745

6    through 2939.

7               Did you have an opportunity to review

8    Exhibit 27?

9          A.   Yes.

10         Q.   Can you please tell me, Mr. Hussey, if

11   all the pictures in Exhibit 27 from 2745 through

12   2939, if they are all different?

13         A.   Yes.

14         Q.   Did you take those photographs?

15         A.   In Exhibit 27?

16         Q.   Yes, sir.

17         A.   Yes.

18         Q.   And who is depicted in the photograph?

19         A.   I don't know.

20         Q.   Can you please describe the person that

21   is depicted in the photograph?

22         A.   On older African --

23              MR. JACKSON-FANNIN:  Object to the form.

24              THE WITNESS:  An older African American

25      gentleman.

1    BY MR. LUSTIG:

2         Q.   And is he looking at himself in the

3    mirror?

4              MR. JACKSON-FANNIN:  Object to the form.

5              THE WITNESS:  Is that a question?  I'm

6         sorry.

7    BY MR. LUSTIG:

8         Q.   Is he looking at himself in the mirror?

9         A.   Yes.

10             (The document referred to was thereupon

11   marked Defendant's Exhibit 28 for Identification, a

12   copy of which is not attached hereto.)

13   BY MR. LUSTIG:

14        Q.   Now take a look at Exhibit 28.  It's

15   Bates stamp NGO-2940 through NGO-3030.

16             Did you have an opportunity to look at

17   Exhibit 28?

18        A.   Yes.

19        Q.   Did you take those photographs in Exhibit

20   28?

21        A.   Yes.

22        Q.   And can you please tell me if the

23   photographs from NGO-2940 through NGO-3030 are all

24   the same or all different?

25             MR. JACKSON-FANNIN:  Object to the form.

1    BY MR. LUSTIG:

2         Q.   Let me rephrase that.  Are the pictures

3    in Exhibit 28 all the same or are they are all

4    different?

5         A.   They're different.

6         Q.   Can you please tell me or can you please

7    describe the person depicted in the photograph?

8              MR. JACKSON-FANNIN:  Object to form.

9    BY MR. LUSTIG:

10        Q.   Are there photographs containing more

11   than one person?

12        A.   Yes.

13        Q.   Okay.  Can you please describe for me the

14   person wearing the cap and gown in the photograph?

15        A.   It's a young African American wearing a

16   cap and gown.

17        Q.   Is that young African American depicted

18   in the photographs throughout Exhibit 28?

19        A.   Yes.

20        Q.   Can you please tell me if a combination

21   of photographs from Exhibit 28 and Exhibit 27

22   resulted in the creation of the image contained in

23   NGO-3936?

24             MR. JACKSON-FANNIN:  And for purposes of

25        the record, this NGO-3936 was contained in

1        Defendant's 17?

2                 MR. LUSTIG:  That's correct.

3                 THE WITNESS:  Yes.

4                 (The document referred to was thereupon

5    marked Defendant's Exhibit 29 for Identification, a

6    copy of which is attached hereto.)

7    BY MR. LUSTIG:

8        Q.   Thank you.  I'm going to show you Exhibit

9    29, which is NGO-3031 through 3046.

10                Did you have an opportunity to review

11   Exhibit 29?

12       A.   Yes.

13       Q.   Can you please tell me or describe for me

14   the person that is depicted in Exhibit 29?

15                MR. JACKSON-FANNIN:  Object to the form.

16                THE WITNESS:  On older man.

17   BY MR. LUSTIG:

18       Q.   Is the older man depicted in Exhibit 29

19   the same as the older man depicted in Exhibit A to

20   the complaint?

21       A.   No.

22       Q.   Can you please take a look at NGO-3047.

23   Strike that.  Before you look at this one, did you

24   take the photographs in Exhibit 29?

25       A.   Yes.

1          Q.   Are they all different photographs of the

2     same older man?

3          A.   Yes.

4               (The document referred to was thereupon

5     marked Defendant's Exhibit 30 for Identification, a

6     copy of which is not attached hereto.)

7     BY MR. LUSTIG:

8          Q.   Okay.  Now I'm going to show you NGO-3047

9     through NGO-3158, and that's Exhibit 30.

10              MR. JACKSON-FANNIN:  Counsel, before you

11         get into your line of questions on Defendant's

12         Exhibit 13, can we take a break?  It's 5

13         o'clock.  I need to make a phone call.

14              MR. LUSTIG:  Sure.

15              MR. JACKSON-FANNIN:  Thank you.

16              (Thereupon a brief recess was taken,

17     after which the following proceedings were had.)

18     BY MR. LUSTIG:

19         Q.   Did you have an opportunity to look at

20     Exhibit 30?

21         A.   Yes.

22         Q.   Okay.  Can you describe the person that

23     is depicted in Exhibit 30?

24         A.   An older Asian woman.

25         Q.   And are all the pictures in Exhibit 30

1    taken by you?

2         A.   Yes.

3         Q.   And are they all the same or are they all

4    different?

5              MR. JACKSON-FANNIN:   Object to the form.

6    BY MR. LUSTIG:

7         Q.   Are the pictures different?

8         A.   Yes.

9              (The document referred to was thereupon

10   marked Defendant's Exhibit 31 for Identification, a

11   copy of which is attached hereto.)

12   BY MR. LUSTIG:

13        Q.   Take a look at Exhibit 31, which is Bates

14   stamp numbers 3159 to 3190.

15             Did you have an opportunity to look at

16   Exhibit 31?

17        A.   Yes.

18        Q.   Can you please describe the person

19   depicted in Exhibit 31?

20        A.   A young Asian woman.

21        Q.   And did you take all the pictures that

22   are contained in Exhibit 31?

23        A.   Yes.

24        Q.   Are the pictures contained in Exhibit 31

25   different from one another?

1          A.   Yes.

2          Q.   And is it a combination of one or more

3     pictures in Exhibit 30 and Exhibit 31 that result of

4     the image contained in Exhibit 17 based on 3937?

5          A.   Yes.

6               (The document referred to was thereupon

7     marked Defendant's Exhibit 32 for Identification, a

8     copy of which is not attached hereto.)

9     BY MR. LUSTIG:

10         Q.   Show you Exhibit 32.  It's NGO-3191

11    through 3218.

12              Did you have an opportunity to look at

13    Exhibit 32?

14         A.   Yes.

15         Q.   And can you please describe the person

16    that's depicted in Exhibit 32?

17              MR. JACKSON-FANNIN:  Object to the form.

18              THE WITNESS:  I don't know how to answer

19       that.

20    BY MR. LUSTIG:

21         Q.   Is there more than one person depicted in

22    Exhibit 32?

23              MR. JACKSON-FANNIN:  Object to the form.

24              THE WITNESS:  Yes.

25    BY MR. LUSTIG:

1          Q.   Okay.  Now, there is a gentleman wearing

2     a shirt with a mustache in Exhibit 32, Bates stamp

3     3191; do you see that?

4          A.   Yes.

5          Q.   Is he depicted in all the pictures

6     contained in Exhibit 32?

7          A.   No.

8          Q.   Is the gentleman depicted in Exhibit 32

9     the same as the gentleman depicted as Exhibit A to

10    the complaint?

11              MR. JACKSON-FANNIN:  Object to the form.

12         Counsel, are you specifically asking the

13         deponent to compare the gentleman that's in

14         NGO-3191 of Defendant's Exhibit 32 to the other

15         photo that you just referenced?

16    BY MR. LUSTIG:

17         Q.   Exhibit 32 has in it pictures of a

18    gentleman and pictures of a woman looking at the

19    mirror and another woman holding a walker, correct?

20              MR. JACKSON-FANNIN:  Is that a proffer

21         for the record?

22    BY MR. LUSTIG:

23         Q.   Is that correct?  Are there two different

24    types of pictures in Exhibit 32?

25              MR. JACKSON-FANNIN:  Object to the form.

Page 69

```
 1   BY MR. LUSTIG:

 2         Q.   Yes or no?

 3         A.   Yes.

 4         Q.   Okay.  Thank you.  Now I'm going to split

 5   them up so it's easier, so there is no confusion as

 6   to what I am asking from you, since this shouldn't be

 7   that difficult.

 8              MR. JACKSON-FANNIN:  Counsel, when you

 9         say you are splitting them up, are you creating

10         a different Exhibit 32, or are you merely

11         rearranging the photographs and Bates numbers

12         that are in the exhibit?

13              MR. LUSTIG:  Just wait.  You can wait.

14         I'm sure that you'll learn what I'm going to

15         do.  Just wait.  You don't have to interrupt.

16         Just wait.  I can handle it.

17              MR. LUSTIG:  Exhibit 32, I'm going to

18         correct the exhibit.  It's going to consist of

19         NGO-3191 through 3200, 3202, 3211 and 3218.

20              MR. JACKSON-FANNIN:  Ask to strike the

21         prior testimony as to the previously marked

22         Defendant's 32.

23   BY MR. LUSTIG:

24         Q.   Did you have an opportunity to look at

25   Exhibit 32 as changed now?
```

Page 70

1          A.   Yes.

2          Q.   How many persons are there in Exhibit

3    32?  How many persons are depicted?

4          A.   One.

5          Q.   Can you please describe for me the

6    gentleman that is depicted in Exhibit 32?

7                MR. JACKSON-FANNIN:  Object to the form.

8                THE WITNESS:  On older man.

9    BY MR. LUSTIG:

10         Q.   Is the older man depicted in Exhibit 32

11   the same as the older man depicted in Exhibit A

12   attached to the complaint?

13         A.   No.

14   BY MR. LUSTIG:

15         Q.   Now I'm going to show you what I am going

16   to mark as 32-A.

17                (The document referred to was thereupon

18   marked Defendant's Exhibit 32-A for Identification, a

19   copy of which is not attached hereto.)

20   BY MR. LUSTIG:

21         Q.   32-A is NGO-3205.  Is the gentleman in

22   32-A the same gentleman as depicted in 32?

23         A.   Yes.

24         Q.   Did you take the photographs contained in

25   32 and 32-A?

1          A.    Yes.

2          Q.    Okay.  Now I'm going to show you what I

3    am marking as Exhibit 33, which will constitute pages

4    NGO-3201 through 3204, 3206, 3208, 3210, 3212, 3214,

5    3216, 3217, 3219 through 3294.

6               MR. JACKSON-FANNIN:  Counsel, to save

7          time, do you wish to exclude Bates number

8          NGO-3223 from Defendant's Exhibit 33?

9               MR. LUSTIG:  Yes.

10              (The document referred to was thereupon

11   marked Defendant's Exhibit 33 for Identification, a

12   copy of which is not attached hereto.)

13   BY MR. LUSTIG:

14         Q.    Can you please tell me if you had an

15   opportunity to review Exhibit 33?

16         A.    Yes.

17         Q.    Okay.  How many people are depicted in

18   Exhibit 33?

19         A.    Two.

20         Q.    Are they both women?

21         A.    Yes.

22         Q.    Can you describe the woman wearing white?

23         A.    An older woman.

24         Q.    Can you describe the woman in scrubs?

25         A.    A younger woman.

Page 72

1          Q.    What is she holding in her hand?

2          A.    She has a walker.  What appears to be a

3     walker.

4          Q.    Did you take numerous pictures of the

5     same two women?

6               MR. JACKSON-FANNIN:  Object to form.

7               THE WITNESS:  Yes.

8     BY MR. LUSTIG:

9          Q.    Are all the pictures different?

10          A.    Yes.

11          Q.    Are any of the people depicted in Exhibit

12     A of the complaint depicted in Exhibit 33?

13          A.    No.

14               (The document referred to was thereupon

15     marked Defendant's Exhibit 32-B for Identification, a

16     copy of which is not attached hereto.)

17     BY MR. LUSTIG:

18          Q.    Thank you.  Can you please take a look at

19     Exhibit 32-B, and it's NGO-3215, NGO-3213, NGO-3209,

20     NGO-3207, NGO-3223.

21               Did you have an opportunity to review

22     Exhibit 32-B?

23          A.    Yes.

24          Q.    Is the gentleman depicted in Exhibit 32-B

25     the same gentleman depicted in Exhibit 32 and 32-A?

1          A.    Yes.

2          Q.    Okay.  Those are just different pictures

3     that you took of that gentleman?

4               MR. JACKSON-FANNIN:  Object to the form.

5               THE WITNESS:  Yes

6     BY MR. LUSTIG:

7          Q.    Did you take those photographs?

8               MR. JACKSON-FANNIN:  Counsel, are you

9          referring to Exhibit 32, Exhibit 32-A or Exhibit

10         32-B?

11              MR. LUSTIG:  I am only referring to the

12         same person that is depicted in the three

13         exhibits, 32, 32-A and 32-B, because we

14         established already that it's the same person,

15         right?

16              MR. JACKSON-FANNIN:  Object to the form.

17    BY MR. LUSTIG:

18         Q.    Is that the same person in 32, 32-A and

19    32-B?  I'm trying to move this along.

20         A.    Yes.

21         Q.    Did you take those photos?

22         A.    Yes.

23              (The document referred to was thereupon

24    marked Defendant's Exhibit 34 for Identification, a

25    copy of which is not attached hereto.)

Page 74

1    BY MR. LUSTIG:

2         Q.   Thank you.  Take a look at Exhibit 34,

3    which is NGO-3295 through NGO-3372.

4              Did you have a chance to look at Exhibit

5    34?

6         A.   Yes.

7         Q.   And did you take the pictures of a

8    younger woman?  Is she depicted in Exhibit 34, a

9    younger woman?

10        A.   Yes.

11        Q.   Is she wearing a nurse's outfit or is she

12   dressed up as a nurse?

13             MR. JACKSON-FANNIN:  Object to the form.

14             THE WITNESS:  Yes.

15   BY MR. LUSTIG:

16        Q.   Okay.  And is she looking at herself in

17   the mirror?

18        A.   Yes.

19        Q.   Are all the pictures in Exhibit 34

20   different from one another?

21        A.   Yes.

22        Q.   Is a combination of one or more images in

23   Exhibit 34 and Exhibit 33 the result of the image in

24   Exhibit 17, Bates stamp 3938?

25        A.   Yes.

Page 75

1              (The document referred to was thereupon

2    marked Defendant's Exhibit 35 for Identification, a

3    copy of which is not attached hereto.)

4    BY MR. LUSTIG:

5         Q.   I'm going to show you NGO-3373 through

6    NGO-3450, and it's Exhibit 35.

7              Did you have an opportunity to review

8    Exhibit 35?

9         A.   Yes.

10        Q.   Okay.  Are any of the individuals

11   depicted in Exhibit A to the complaint depicted in

12   Exhibit 35?

13        A.   I'm sorry, say that again.

14        Q.   Are there any individuals depicted in

15   Exhibit A of the complaint in this case depicted in

16   Exhibit 35?

17        A.   No.

18             (The document referred to was thereupon

19   marked Defendant's Exhibit 36 for Identification, a

20   copy of which is not attached hereto.)

21   BY MR. LUSTIG:

22        Q.   Take a look at Exhibit 36, NGO-3451

23   through NGO-3676.

24             Did you have an opportunity to review

25   Exhibit 36, sir?

```
1           A.    Yes.

2           Q.    Did you take all those photographs?

3           A.    Yes.

4           Q.    And are all those photographs different?

5           A.    Yes.

6           Q.    And are the people that are depicted in

7    Exhibit A to the complaint, are they depicted in any

8    of the photographs in Exhibit 36?

9           A.    No.

10                (The document referred to was thereupon

11   marked Defendant's Exhibit 37 for Identification, a

12   copy of which is not attached hereto.)

13   BY MR. LUSTIG:

14          Q.    I'm going to show you 37, which is

15   NGO-3677 through 3700.

16                Did you have an opportunity to look at

17   Exhibit 37?

18          A.    Yes.

19          Q.    Did you take all those photographs?

20          A.    Yes.

21          Q.    Are those photographs all different from

22   one another?

23          A.    I believe so.

24          Q.    Are the people depicted in Exhibit A to

25   the complaint depicted in any photo in Exhibit 37?
```

Page 77

1         A.   No.

2              (The document referred to was thereupon

3    marked Defendant's Exhibit 38 for Identification, a

4    copy of which is not attached hereto.)

5    BY MR. LUSTIG:

6         Q.   Take a look at Exhibit 38.  It's NGO-3701

7    through NGO-3912.

8              Did you complete your review of Exhibit

9    38?

10        A.   Yes.

11        Q.   Okay.  Did you take those photographs in

12   Exhibit 38?

13        A.   Yes.

14        Q.   Are those photographs all different from

15   one another?

16        A.   Yes.

17        Q.   And those photographs, do they contain

18   any images or any pictures of the individuals that

19   are depicted in Exhibit A to the complaint?

20        A.   No.

21             (The document referred to was thereupon

22   marked Defendant's Exhibit 39 for Identification, a

23   copy of which is not attached hereto.)

24   BY MR. LUSTIG:

25        Q.   I'm going to show you Exhibit 39, which

1    is NGO-3913 to 3932.

2            Did you have an opportunity to review

3    Exhibit 39?

4        A.   Yes.

5        Q.   Did you take the photographs contained in

6    Exhibit 39?

7        A.   Yes.

8        Q.   The individuals depicted in Exhibit 39,

9    are they depicted in Exhibit A of the complaint?

10       A.   No.

11       Q.   Now, let me ask you this question.  Why

12   do you take so many photographs of the same person

13   within the photos that you take?

14           MR. JACKSON-FANNIN:  Object to the form.

15           THE WITNESS:  There is different

16       reasons.

17   BY MR. LUSTIG:

18       Q.   Such as what?

19       A.   Different expressions.

20       Q.   Any other reason?

21       A.   At times.

22       Q.   What do you mean at times?

23       A.   At times there are other reasons.

24           (The document referred to was thereupon

25   marked Defendant's Exhibit 40 for Identification, a

Page 79

1   copy of which is not attached hereto.)

2   BY MR. LUSTIG:

3        Q.   Okay.  Why did you take so many

4   photographs?  For instance, let me show you exhibit

5   40, which we already looked at this gentleman before

6   and it's NGO-3943 through NGO-4010.

7             Did you have an opportunity to look at

8   Exhibit 40?

9        A.   Yes.

10       Q.   All right.  So why did you, for instance,

11  take so many pictures of the same gentleman in

12  Exhibit 40?

13            MR. JACKSON-FANNIN:  Objection, form.

14            THE WITNESS:  To get the expression and

15       angle that was necessary to create the finished

16       image.

17  BY MR. LUSTIG:

18       Q.   Is the gentleman in Exhibit 40 the same

19  gentleman as in Exhibit 18?

20       A.   Yes.

21       Q.   Can I borrow that for a second?  Thank

22  you.

23            (The document referred to was thereupon

24  marked Defendant's Exhibit 41 for Identification, a

25  copy of which is not attached hereto.)

Page 80

1   BY MR. LUSTIG:

2        Q.   Take a look at Exhibit 41, which is

3   NGO-4011 through 4132.

4             Did you have an opportunity to look at

5   Exhibit 41?

6        A.   Yes.

7        Q.   Is Exhibit 41 the same as Exhibit 19?  Is

8   the same individual depicted?

9        A.   Yes.

10            (The document referred to was thereupon

11   marked Defendant's Exhibit 42 for Identification, a

12   copy of which is not attached hereto.)

13   BY MR. LUSTIG:

14        Q.   Take a look at Exhibit 42.  It's NGO-4133

15   through NGO-4150.

16            Did you have an opportunity to look at

17   Exhibit 42?

18        A.   Yes.

19        Q.   Is the gentleman depicted in Exhibit 42

20   the same gentleman as depicted in Exhibit 40?

21        A.   Yes.

22        Q.   Okay.  And did you take the photographs

23   of the gentleman in Exhibit 40 and 42?

24        A.   Which?

25        Q.   Exhibit 40 and Exhibit 42, did you take

```
 1   the pictures of that same gentleman?

 2         A.   Yes.

 3         Q.   Did you take the pictures that are

 4   contained in Exhibit 42?

 5         A.   Yes.

 6         Q.   Did you take the pictures that are

 7   contained in Exhibit 41?

 8         A.   Yes.

 9              (The document referred to was thereupon

10   marked Defendant's Exhibit 43 for Identification, a

11   copy of which is not attached hereto.)

12   BY MR. LUSTIG:

13         Q.   Okay.  I'm going to show you Exhibit 43,

14   which is NGO-4151 through NGO-4288.

15              Did you have an opportunity to review

16   Exhibit 43?

17         A.   Yes.

18         Q.   Did you take all the photographs

19   contained in Exhibit 43?

20         A.   Yes.

21         Q.   Okay.  And are the people depicted in

22   Exhibit 43 the same people that were depicted in

23   Exhibit 21?

24         A.   Yes.

25         Q.   And the two males depicted in Exhibit A
```

1    of the complaint are not depicted in Exhibit 43,

2    correct?

3            A.    Yes.

4            Q.    They are not?

5            MR. JACKSON-FANNIN:   Object to the form.

6    BY MR. LUSTIG:

7            Q.    Are the males depicted in Exhibit A of

8    the complaint also depicted in Exhibit 43?

9            A.    No.

10           Q.    Okay.  Now, there were no photographs of

11   the older male depicted in Exhibit A of the complaint

12   among all the photographs that we just went over

13   today, correct?

14           A.    Correct.

15           Q.    And there were no photographs of the

16   younger male in the mirror in Exhibit A of the

17   complaint among all the photographs that were

18   contained in the exhibits I just showed you today,

19   correct?

20           MR. JACKSON-FANNIN:   Object to the form.

21      Also object to the form of the prior question.

22   BY MR. LUSTIG:

23           Q.    From Exhibit 16 to Exhibit 43 that we

24   just reviewed today, there were no photographs of the

25   older male that is depicted in Exhibit A to the

Page 83

1    complaint, correct?

2         A.   Yes.

3         Q.   And from Exhibit 16 to 43 there were no

4    photographs of the younger male that is depicted in

5    Exhibit A of the complaint, correct?

6         A.   Correct.

7         Q.   In fact, Exhibit A of the complaint is

8    not contained in any of Exhibits 16 to 43, correct?

9         A.   That is correct.

10        Q.   And you understand that before I started

11   showing you all those photographs we went over

12   Exhibit 16, page 1852, which is a certification from

13   the Copyright Office representing that a flash drive

14   that they provided me is a true representation of the

15   work entitled N-46 deposited in the Copyright Office

16   with a claim of copyright registered under number

17   VAu990-319, correct?  That's what the certification

18   says, correct?

19             MR. JACKSON-FANNIN:  Object to the form.

20             THE WITNESS:  Yes.

21   BY MR. LUSTIG:

22        Q.   All right.  Now, you didn't include any

23   image of the older gentleman or the younger male or

24   Exhibit A in the deposit to the Copyright Office

25   under registration VAu990-319, correct?

1              MR. JACKSON-FANNIN:  Object to the form.

2              THE WITNESS:  I'm not sure.

3     BY MR. LUSTIG:

4          Q.   Well, we just went over all the photos

5     and you didn't see it anywhere, correct?

6              MR. JACKSON-FANNIN:  Object to the form.

7              THE WITNESS:  I did not.

8     BY MR. LUSTIG:

9          Q.   You didn't see the photo anywhere,

10    correct?

11         A.   That is correct.

12             MR. JACKSON-FANNIN:  Object to the form.

13    BY MR. LUSTIG:

14         Q.   And I have the flash drive with me here

15    today, so if you want to look at the flash drive you

16    are more than welcome to do so.  But are you

17    disputing that these are all the photos that exist in

18    the deposit that you provided to the Copyright

19    Office?

20             MR. JACKSON-FANNIN:  Object to the form.

21             THE WITNESS:  Am I disputing?  I'm not

22        sure I understand.

23    BY MR. LUSTIG:

24         Q.   Sure.  Are you disputing that this photo

25    that is attached as Exhibit A is not part of the

Page 85

1    deposit of the photographs that were provided to the

2    Copyright Office?

3                MR. JACKSON-FANNIN:  Object to the form.

4                THE WITNESS:  No.

5    BY MR. LUSTIG:

6         Q.   Okay.  And are you disputing that the

7    older gentleman and the younger male that are in

8    those photos are not in the deposit provided to the

9    Copyright Office?

10               MR. JACKSON-FANNIN:  Object to the form.

11               THE WITNESS:  I don't understand your

12           question and the question before had so many dos

13           or don'ts.  If you could simplify it for me, I

14           think I could better help.

15   BY MR. LUSTIG:

16        Q.   Sure.  The photograph attached as Exhibit

17   A to the complaint was never given to the Copyright

18   Office in connection with the certification

19   VAu990-319, correct?

20               MR. JACKSON-FANNIN:  Object to the form.

21               THE WITNESS:  I don't believe so.

22   BY MR. LUSTIG:

23        Q.   It was not.

24               MR. JACKSON-FANNIN:  Is that a question

25           or a statement?

Page 86

1    BY MR. LUSTIG:

2         Q.   Was it provided to the Copyright Office?

3              MR. JACKSON-FANNIN:   Object to the form.

4              THE WITNESS:   Yes.

5    BY MR. LUSTIG:

6         Q.   You say this was provided to the

7    Copyright Office?

8         A.   Yes.

9         Q.   And you say that this should be in the

10   deposit that the Copyright Office provided under oath

11   certifying the materials within the deposit; is that

12   your testimony, sir?

13             MR. JACKSON-FANNIN:   Object to the form.

14             THE WITNESS:   Yes.

15   BY MR. LUSTIG:

16        Q.   Okay.  So your testimony today under

17   oath, sir, just to make sure I'm clear, is that this

18   photograph attached as Exhibit A is part of the

19   deposit that was given to the Copyright Office by

20   you?

21             MR. JACKSON-FANNIN:   Object to the form.

22             THE WITNESS:   Can you -- I would like the

23        sentence clarified better, please.

24   BY MR. LUSTIG:

25        Q.   Sure.  Was the photo attached as Exhibit

Page 87

1    A to the complaint sent to the Copyright Office when

2    you sent all these other photos that we went over

3    today from Exhibit 17 through Exhibit 43?

4            A.   I believe so.

5            Q.   You believe so or you know?

6            A.   I know.

7            Q.   You know it was sent?

8            A.   I do.

9            Q.   Okay.  And where are the photos of the

10   older man similar to all the photos that you provided

11   for the other people that were in your -- that were

12   contained in Exhibit 17?

13               MR. JACKSON-FANNIN:  Object to the form.

14               THE WITNESS:  I don't know.

15   BY MR. LUSTIG:

16           Q.   You don't know where they are?

17           A.   What specifically are you talking about,

18   the actual photographs?

19           Q.   Sir, let me make sure you understand

20   because I want to be clear with you.

21               I have here a sealed copy from the

22   Copyright Office containing the flash drive -- a copy

23   of the flash drive that was provided to my office.

24               The sealed copy is going to go to the

25   Court.  The sealed copy contains all of these images

Page 88

1   that I just showed you today that we spent a long

2   time going over.  Do you understand that?

3          A.   Yes.

4          Q.   No other images are contained within that

5   flash drive; do you understand that?

6              MR. JACKSON-FANNIN:  Object to the form.

7              THE WITNESS:  Yes.

8   BY MR. LUSTIG:

9          Q.   Okay.  Here is --

10             MR. JACKSON-FANNIN:  Counsel, I have a

11      question for you.

12             MR. LUSTIG:  Hold on, please.

13  BY MR. LUSTIG:

14         Q.   Here is a copy of the flash drive that

15  contained all the photographs that are contained in

16  Exhibit 17 through 43 and all the documents that are

17  contained in Exhibit 16, absent the payment receipts

18  that I provided.  Actually, just the photos are

19  contained in this flash drive.  This flash drive is

20  the same as this flash drive contained in the sealed

21  envelope from the Copyright Office with the

22  certification of your copyright and a certified copy

23  that this is it.

24             So my question to you, sir, is after we

25  went over all the photographs, are you going to tell

Page 89

```
 1   me under oath today that Exhibit A is contained in
 2   the deposit of the Copyright Office?
 3              MR. JACKSON-FANNIN:  Object to the form.
 4        Counsel, to follow-up on my request for a
 5        question later -- earlier, excuse me.
 6              MR. LUSTIG:  Hold on.  I want him to
 7        answer the question first, please.
 8              MR. JACKSON-FANNIN:  Object to the form.
 9              THE WITNESS:  Now I don't remember the
10        question, how you phrased it.
11              MR. LUSTIG:  Can you please state the
12        question.
13              (The question referred to was read by the
14        reporter as above recorded.)
15              MR. JACKSON-FANNIN:  You have noted my
16        objection?
17   BY MR. LUSTIG:
18        Q.   Go ahead, you can answer the question.
19        A.   Read the last part, please.
20              (The question referred to was read by the
21   reporter as above recorded.)
22   BY MR. LUSTIG:
23        Q.   I mean Exhibit A to the complaint.
24              MR. JACKSON-FANNIN:  Same objection, with
25        a clarification.
```

Page 90

1                  THE WITNESS:  No.

2     BY MR. LUSTIG:

3          Q.   It's not in there, correct?

4                  MR. JACKSON-FANNIN:  Object to the form.

5                  THE WITNESS:  No.

6     BY MR. LUSTIG:

7          Q.   In fact, if I can take you back before,

8     you testified, sir, that you were looking at an

9     article, and this photograph was taken by you or was

10    created -- this image was created by you at least two

11    years before you created this N-46 work, correct?

12                 MR. JACKSON-FANNIN:  Object to the form.

13    BY MR. LUSTIG:

14         Q.   The image that is attached as Exhibit A

15    to the complaint --

16         A.   Yes.

17         Q.   -- and that this image thereafter was

18    placed in the Workbook by you, correct?

19                 MR. JACKSON-FANNIN:  Object to the form.

20                 THE WITNESS:  Yes.

21    BY MR. LUSTIG:

22         Q.   And then after that you obtained a job to

23    do your Reflection series, correct?

24                 MR. JACKSON-FANNIN:  Object to the form.

25                 THE WITNESS:  Yes.

1              (The document referred to was thereupon

2    marked Defendant's Exhibit 44 for Identification, a

3    copy of which is not attached hereto.)

4    BY MR. LUSTIG:

5         Q.   All right.  In fact, if you look at

6    Exhibit 44, which I am going to show you right now.

7    Can you please tell me what Exhibit 44 is?

8         A.   It appears to be printouts from a page on

9    my website.

10         Q.   And is that the Reflection series that is

11   depicted on your website?

12         A.   At one point in time, yes.

13         Q.   Okay.  And you don't include the image

14   that is attached to the complaint as Exhibit A in

15   that Reflection series in your website, correct?

16         A.   Not currently.

17         Q.   Okay.  Can I have that, please?

18              MR. JACKSON-FANNIN:  Counsel, are you

19         going to mark the flash drive that you had the

20         deponent testify and answer questions to as an

21         exhibit?  That was my question.

22              MR. LUSTIG:  Sure.  The flash drive will

23         be added as Exhibit 45.  I don't know what the

24         logistics are for flash drives.

25              (The document referred to was thereupon

1    marked Defendant's Exhibit 45 for Identification, a

2    copy of which is not attached hereto.)

3    BY MR. LUSTIG:

4         Q.   Now, you understand as you sit here today

5    that because that copyrighted certificate or that

6    certificate -- that is the basis for your lawsuit,

7    right, the copyright certificate and the image that

8    you attached to the complaint, correct?

9              MR. JACKSON-FANNIN:  Object to the form.

10             THE WITNESS:  Yes.

11   BY MR. LUSTIG:

12        Q.   And your complaint claims that you have a

13   valid copyright, correct?

14        A.   Yes.

15             MR. LUSTIG:  Can we take a break.

16             (Thereupon a brief recess was taken,

17   after which the following proceedings were had.)

18   BY MR. LUSTIG:

19        Q.   Mr. Hussey, the N-46 job which is

20   registered under the copyright that you sued my

21   client for, but does not contain the photo that is

22   attached to the complaint, as part of the

23   registration that's not part of the deposit,

24   apparently you were hired to do that job on February

25   24, 2009, correct?

1              MR. JACKSON-FANNIN:  Object to the form.

2              THE WITNESS:  That's the invoice date for

3      the advance.

4  BY MR. LUSTIG:

5      Q.   So that's when you were given the

6  advance, correct?

7              MR. JACKSON-FANNIN:  Object to the form.

8              THE WITNESS:  Sometime near that date,

9      yes

10  BY MR. LUSTIG:

11      Q.   Okay.  And years before you came up with

12  the photo that is attached as Exhibit A to the

13  complaint, correct?

14              MR. JACKSON-FANNIN:  Object to the form.

15              THE WITNESS:  Yes.

16  BY MR. LUSTIG:

17      Q.   What year was that?

18      A.   I don't know.

19      Q.   Was it in 2004 or 2005?

20      A.   I don't know.

21              MR. JACKSON-FANNIN:  Object to the form.

22  BY MR. LUSTIG:

23      Q.   So you can't tell me as you sit here

24  today what year it was?

25      A.   No.

1          Q.   But it was more than one year, according

2     to your own quote in the article, correct, that we

3     reviewed?

4               MR. JACKSON-FANNIN:   Object to the form.

5               THE WITNESS:   Yes.

6     BY MR. LUSTIG:

7          Q.   Okay.   Was it more than two years?

8          A.   As I said before, I don't know.

9          Q.   Did you publish any photos in Workbook in

10    2005?

11              MR. JACKSON-FANNIN:   Object to the form.

12              THE WITNESS:   I'm not sure.

13    BY MR. LUSTIG:

14         Q.   Okay.   You didn't publish anything in

15    2006, that's your testimony from earlier.

16              MR. JACKSON-FANNIN:   Object to the form.

17    BY MR. LUSTIG:

18         Q.   Did you publish in Workbook in 2005?

19              MR. JACKSON-FANNIN:   Object to the form.

20              THE WITNESS:   I don't know.   I just

21         answered that.

22    BY MR. LUSTIG:

23         Q.   Well, before you testified that you

24    didn't publish in Workbook in 2004, in 2006, in 2007,

25    in 2008, in 2009, in 2010, but clearly Workbook was

1    one of the reasons why you were able to get the

2    Exelon job, correct?

3                    MR. JACKSON-FANNIN:  Object to the form.

4                    THE WITNESS:  Yes, I had an ad in the

5         Workbook.

6    BY MR. LUSTIG:

7         Q.   So if you didn't publish any ads in 2006,

8    in 2004 and 2007, that only leaves either 2005 or

9    before 2004, correct?

10                   MR. JACKSON-FANNIN:  Object to the form.

11   BY MR. LUSTIG:

12        Q.   Because I didn't ask you before about

13   2005.  So if you published an ad in workbook and then

14   thereafter years later obtained this job, did you

15   publish that ad in 2005?

16                   MR. JACKSON-FANNIN:  Object to the form.

17                   THE WITNESS:  I don't know if it was

18        2005.  I did have an ad using that image in the

19        Workbook at some point.

20   BY MR. LUSTIG:

21        Q.   But you testified it wasn't 2006 or '07

22   or '08, correct?

23                   MR. JACKSON-FANNIN:  Object to the form.

24   BY MR. LUSTIG:

25        Q.   That's what your testimony was earlier,

Page 96

1    correct?

2              MR. JACKSON-FANNIN:  Object to the form.

3              THE WITNESS:  So what's the question?

4    BY MR. LUSTIG:

5        Q.    Sure.  Did you put this picture in an ad

6    in 2005 in Workbook, the picture meaning the one that

7    was attached to the complaint as Exhibit A?

8        A.    As I said, I did use that image as an ad

9    in Workbook.  I do not recall the year.

10        Q.    Okay.  Could it have been before 2004?

11              MR. JACKSON-FANNIN:  Object to the form.

12              THE WITNESS:  I do not know.

13    BY MR. LUSTIG:

14        Q.    Okay.  Remember we talked about your job,

15    your shoot in Paris, the N-60 shoot?  Remember that?

16        A.    Yes.

17        Q.    We talked about the licensing fees for

18    $56,000 for three year for eight photos.  Remember

19    that?

20        A.    Yes.

21        Q.    That was in Exhibit 2, page 8.  Remember

22    we talked about that for a little bit earlier?

23        A.    Yes.

24        Q.    Now, those photos were taken in markets

25    outside the United States, i.e. they were taken in

1   Paris according to your own invoice, correct?

2        A.   Yes.

3        Q.   So you didn't register those photos with

4   the Copyright Office claiming that these were works

5   made in the United States, did you?

6             MR. JACKSON-FANNIN:  Object to the form.

7             THE WITNESS:  I don't understand.

8   BY MR. LUSTIG:

9        Q.   Did you register with the Copyright

10  Office works or photographs that were taken in Paris

11  claiming that they were works made in the United

12  States?

13            MR. JACKSON-FANNIN:  Object to the form.

14            THE WITNESS:  I don't know.

15  BY MR. LUSTIG:

16       Q.   You don't know that?

17       A.   (Shakes head.)

18       Q.   What we know is that you have filed many

19  lawsuits and in every lawsuit that we went over today

20  you sued using the image that we have as Exhibit A to

21  the complaint in my case, correct?

22            MR. JACKSON-FANNIN:  Object to the form.

23            THE WITNESS:  Yes.

24  BY MR. LUSTIG:

25       Q.   And then you reference the same copyright

Page 98

```
 1   registration that you reference in the complaint in
 2   our case, correct?
 3              MR. JACKSON-FANNIN:  Object to the form.
 4              THE WITNESS:  As I recall, yes.
 5   BY MR. LUSTIG:
 6        Q.   All right.
 7        A.   There were several registrations for my
 8   Reflection images and perhaps I was mistaken in the
 9   number that I used, but I know I registered the image
10   at issue in this case.
11        Q.   Wait a second.  So you're telling me,
12   sir, that because of your mistake you actually made
13   people pay you thousands of dollars under the premise
14   that this picture was registered under that copyright
15   number?  Is that what you're telling me?
16              MR. JACKSON-FANNIN:  Object to the form.
17        Counsel's question is argumentative.
18   BY MR. LUSTIG:
19        Q.   Is that what you're telling me?
20        A.   I don't know how to answer that.
21        Q.   Well, sir, we went over settlement
22   agreements, correct, for thousands of dollars,
23   sometimes $25,000, maybe more, correct?
24              MR. JACKSON-FANNIN:  Object to the form.
25              THE WITNESS:  Yes.
```

```
 1   BY MR. LUSTIG:
 2         Q.   And you took that money, right?  Part of
 3   the money, you took it?
 4              MR. JACKSON-FANNIN:  Object to the form.
 5   BY MR. LUSTIG:
 6         Q.   Correct?
 7         A.   Yes.
 8         Q.   And all those settlements were based on
 9   the fact that you are claiming that this photo that
10   is part of this lawsuit was registered under the same
11   copyright number that you sued under in this case,
12   correct?
13              MR. JACKSON-FANNIN:  Object to the form.
14              THE WITNESS:  I don't understand the
15         relevance of what you're saying.
16   BY MR. LUSTIG:
17         Q.   You don't understand the relevance of
18   taking people's money under the premise that this
19   photo was registered under a specific copyright and
20   now you're claiming you made a mistake?
21              MR. JACKSON-FANNIN:  Object to the form.
22   BY MR. LUSTIG:
23         Q.   Is that what you're saying?
24              MR. JACKSON-FANNIN:  Object to the form.
25              THE WITNESS:  I'm saying I know I
```

Page 100

```
 1      registered that image.
 2  BY MR. LUSTIG:
 3      Q.   How do I know that?  I did my work.  I
 4  went to the Copyright Office, paid $2,000 to get a
 5  copy of your entire deposit and this is not there.
 6           You filed a lawsuit, like you filed many,
 7  many other lawsuits.  So my question to you, sir, is
 8  have you ever filed a lawsuit involving this image
 9  that was attached as Exhibit A claiming that it was
10  registered under a different copyright number?
11           MR. JACKSON-FANNIN:  Object to the form.
12           THE WITNESS:  What are you asking me?
13  BY MR. LUSTIG:
14      Q.   Sure.  Have you ever filed a lawsuit
15  containing this image that was attached as Exhibit A
16  in our complaint claiming that it's registered under
17  a copyright number that is different than the one
18  used in this lawsuit?
19           MR. JACKSON-FANNIN:  Object to the form.
20           THE WITNESS:  I'm still not sure I
21      understand what you're saying.
22  BY MR. LUSTIG:
23      Q.   Let me break it down.  Exhibit A to the
24  complaint is the photo you have been suing people
25  under, correct?
```

Page 101

1        A.    There have been.

2        Q.    Yes, is that true?

3        A.    Yes.

4        Q.    Okay.  Exhibit 16 that I showed you today

5    contains the same copyright registration number and

6    certificate as the one that you attached to the

7    complaint as Exhibit B.  We established that already,

8    correct?

9              MR. JACKSON-FANNIN:  Object to the form.

10              THE WITNESS:  Yes.

11   BY MR. LUSTIG:

12        Q.    Have you filed a lawsuit against any

13   person or entity where you claim that Exhibit A to

14   this complaint, the photograph at issue, was

15   registered under a different registration number than

16   what is contained in Exhibit B of the complaint?

17              MR. JACKSON-FANNIN:  Object to the form.

18              THE WITNESS:  I don't understand the

19       relevance of this.

20   BY MR. LUSTIG:

21        Q.    I'm not asking you for relevance, sir.

22   I'm asking you if you ever filed a lawsuit claiming

23   that Exhibit A was registered in a different

24   copyright number than what's contained in Exhibit B?

25              MR. JACKSON-FANNIN:  Object to the form.

Page 102

1                THE WITNESS:  I don't know.

2    BY MR. LUSTIG:

3         Q.   You don't know the answer to that

4    question?

5         A.   No.

6         Q.   But you review every lawsuit that you

7    file, right?

8                MR. JACKSON-FANNIN:  Object to the form.

9                THE WITNESS:  What's the question?

10   BY MR. LUSTIG:

11        Q.   You review every lawsuit that you file.

12   Every complaint that is filed on your behalf, you

13   review it, right?

14               MR. JACKSON-FANNIN:  Object to the form.

15               THE WITNESS:  I do review the lawsuits.

16   BY MR. LUSTIG:

17        Q.   Okay.  So you would have noticed if you

18   filed a lawsuit that the copyright registration

19   number that you have been suing under for all these

20   years is incorrect, correct?

21               MR. JACKSON-FANNIN:  Object to the form.

22               THE WITNESS:  Say that again.

23   BY MR. LUSTIG:

24        Q.   You have filed at least 80 lawsuits,

25   correct?

Page 103

1              MR. JACKSON-FANNIN:  Object to the form.

2              THE WITNESS:  At least how many?

3    BY MR. LUSTIG:

4         Q.   80.

5         A.   Yes.

6         Q.   Okay.  And out of those 80 can you please

7    tell me where or which lawsuit did you file where you

8    included Exhibit A, or the photo included in Exhibit

9    A to the complaint in our case, any certificate of

10   registration that is different than Exhibit B

11   contained in our complaint?

12             MR. JACKSON-FANNIN:  Object to the form.

13             THE WITNESS:  No.

14   BY MR. LUSTIG:

15        Q.   You can't tell me?

16        A.   I don't know.

17        Q.   Okay.  You have been using the judicial

18   system to sue people for a registration and a picture

19   that is not deposited in that registration.  Can we

20   agree with that?

21        A.   It must be in a different registration.

22             MR. JACKSON-FANNIN:  I am going to object

23        to the form.

24   BY MR. LUSTIG:

25        Q.   Can we agree that you have been filing

Page 104

1    lawsuits claiming that your picture is registered

2    under this copyright against a lot of people,

3    correct?

4              MR. JACKSON-FANNIN:  Object to the form

5              THE WITNESS:  I have used that image with

6         that certificate, yes.

7    BY MR. LUSTIG:

8         Q.   Okay.  You haven't used any other

9    certificate, correct?

10        A.   I don't --

11             MR. JACKSON-FANNIN:  Object to the form.

12             THE WITNESS:  I don't know.  I know that

13        that image was registered.  I know that image

14        was registered timely.  I absolutely -- I know

15        that that image has been registered.

16   BY MR. LUSTIG:

17        Q.   It's not registered under the copyright

18   registration you filed in this case, correct?

19             MR. JACKSON-FANNIN:  Object to the form.

20             THE WITNESS:  I don't know for sure.

21   BY MR. LUSTIG:

22        Q.   Okay.  And you, sir, have taken a lot of

23   money from people claiming that this copyright is

24   registered under this certificate; isn't that true?

25             MR. JACKSON-FANNIN:  Object to the form.

```
 1        Counsel's questions are argumentative and
 2        bordering on badgering the witness.
 3             THE WITNESS:  Yeah, I think you're
 4        beating up on me.  I think I answered your
 5        question.
 6             MR. LUSTIG:  Please don't instruct the
 7        witness.
 8             MR. JACKSON-FANNIN:  That was a comment
 9        directed to you, counselor.  It wasn't an
10        instruction to the witness.
11             MR. LUSTIG:  Well, perhaps if you had not
12        filed a lawsuit with an invalid copyright we
13        would not be doing this entire dance.
14             MR. JACKSON-FANNIN:  There is no proof on
15        the record that we have filed a lawsuit with an
16        invalid copyright.  Continue with your
17        questions, counsel.
18   BY MR. LUSTIG:
19        Q.   Do you, sir, think that -- strike that.
20   I don't really want to ask you what you think because
21   what you think is not what it is.
22             The fact of the matter is that I have
23   gone over settlements with you, correct?
24             MR. JACKSON-FANNIN:  Object to the form.
25   BY MR. LUSTIG:
```

Page 106

1          Q.   Yes?

2          A.   Yes.

3          Q.   And all the settlements cite only one

4    registration, which is VAu990-319, correct?

5               MR. JACKSON-FANNIN:   Object to the form.

6               THE WITNESS:   I'm not sure how to answer

7         your question.

8    BY MR. LUSTIG:

9          Q.   Okay.   You claim that you registered this

10   photo in your Reflection series, correct?

11              MR. JACKSON-FANNIN:   Object to the form.

12              THE WITNESS:   I claim that I registered

13        that image with the US Copyright Office.

14   BY MR. LUSTIG:

15         Q.   What year?

16         A.   I don't know.

17              MR. LUSTIG:   Okay.   I have no further

18        questions, sir.

19              (Thereupon the excerpts are concluded.)

20

21

22

23

24

25

Page 107

1

2                              _____

                                         Deponent

3

4

5              Sworn to and subscribed before me this

6

7       _____ day of _____ 2019.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 108

1                        CERTIFICATE OF OATH

2

3    STATE OF  FLORIDA:

4                        SS:

5    COUNTY OF   DADE:

6

7

8            I, the undersigned authority, certify that

9    TOM HUSSEY personally appeared before me and was duly

10   sworn.

11           WITNESS my hand and official seal this 13th

12   day of March 2019.

13

14

15                    <%signature%>

16                    _____

17                    Notary Public, State of Florida at

18                    Large; my commission expires

19                    February 26, 2023. Bonded through

20                    Troy Fain Insurance, Inc.

21

22

23

24

25

Page 109

1           CERTIFICATE OF REGISTERED PROFESSIONAL REPORTER

2

3                   I, EDWARD VARKONYI, and Registered
    Professional Reporter and a Notary Public for the
4   State of Florida at Large, do hereby certify that I
    reported the deposition of TOM HUSSEY; that the
5   foregoing pages, numbered from 1 to 106, inclusive,
    constitute a true and correct transcription of my
6   shorthand report of the excerpt deposition by said
    witness on this date.
7                   I further certify that I am not an
    attorney or counsel of any of the parties, nor a
8   relative or employee of any attorney or counsel
    connected with the action, nor financially interested
9   in the action.
                    WITNESS my hand and official seal in the
10  City of Miami, County of Dade, State of Florida, this
    13th day of March 2019.

11

12

13

14

15                      <%signature%>

16                      _____

17                      Notary Public, State of Florida at

18                      Large; my commission expires

19                      February 26, 2023.  Bonded through

20                      Troy Fain Insurance, Inc.

21

22

23

24

25

Page 110

1                       March 13, 2019
2
3
4
        JULIAN A. JACKSON-FANNIN, ESQ.,
5       Duane Morris LLP
        201 South Biscayne Boulevard, Suite 3400
6       Miami, Florida 33131
        jjfannin@duanemorris.com
7
        RE: Hussey v. Ngo
8
        Dear Mr. Jackson-Fannin,
9
        With reference to the deposition of Tom Hussey
10      taken on March 12, 2019 in connection with the
        above-captioned case, please be advised that the
11      transcript of the deposition has been completed
        and is awaiting signature.
12
        Please arrange to have the deponent stop by our
13      office at Two South Biscayne Boulevard, Suite
        2250, Miami, Florida, for the purpose of reading
14      and signing the transcript.
15      If this is not taken care of, however, within the
        next 30 days, we shall conclude that the reading
16      and signing of the deposition has been waived and
        shall then process the original of the transcript
17      for filing with the Clerk of the Court by counsel
        without further notice.
18
        Sincerely,
19
20
        Edward Varkonyi,
21      Registered Merit Reporter
22
23
24
25

```
                                                    Page 111

 1                         ERRATA SHEET
 2    RE     : Hussey v. Ngo
      DEPO OF: Tom Hussey
 3    TAKEN  : 3/12/19
      ASSG#  : 3259087
 4       DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE
 5    Page #     Line #    Change                   Reason
 6    _____    _____    _____  _____
 7    _____    _____    _____  _____
 8    _____    _____    _____  _____
 9    _____    _____    _____  _____
10    _____    _____    _____  _____
11    _____    _____    _____  _____
12    _____    _____    _____  _____
13    _____    _____    _____  _____
14    _____    _____    _____  _____
15    _____    _____    _____  _____
16    _____    _____    _____  _____
17    _____    _____    _____  _____
18    _____    _____    _____  _____
19    _____    _____    _____  _____
20    _____    _____    _____  _____
21    State of Florida)
      County of      )
22
      Under penalties of perjury, I declare that I have
23    read my deposition transcript, and it is true and
      correct subject to any changes in form or substance
24    entered here.
      _____              _____
25    Date                  Signature
```

[& - 3206]

| & | | | |
|---|---|---|---|

**&** 2:7

**0**

**07** 95:21
**08** 95:22

**1**

**1** 3:1,3,7 6:18 7:9
  8:12 10:15 13:19
  109:5
**1,000** 26:12
**1-202193721** 44:11
**10** 8:2,23 9:4 17:13
  20:22 30:1 31:16
  31:20,22 48:7
**100** 8:7
**106** 109:5
**10:35** 1:14
**11** 17:14 30:23 34:2
  34:6 38:17
**12** 1:13 110:10
**1209** 2:7
**121** 49:7
**13** 33:9 65:12 110:1
**133** 57:22
**13th** 108:11 109:10
**14** 34:22
**15** 35:6
**154** 7:6
**16** 40:2,6 82:23
  83:3,8,12 88:17
  101:4
**17** 46:14,16,25
  49:22 55:23 60:19
  64:1 67:4 74:24
  87:3,12 88:16
**18** 47:4,9,13,17
  48:12,16 49:22
  50:2 51:2,5 79:19
**1850** 40:8,13

**1851** 40:8
**1852** 40:8 41:11
  83:12
**1853** 47:10
**19** 48:19,22 49:1,4
  49:10,15 50:10
  51:2 80:7
**1920** 47:10
**1921** 48:20 49:6,8
  49:11
**199** 52:13
**1:18** 1:3

**2**

**2** 16:19 47:25 96:21
**2,000** 100:4
**20** 8:4 9:1,4 50:14
  50:17,19 51:4
**2000** 4:18 5:5
**2000s** 4:17
**2004** 93:19 94:24
  95:8,9 96:10
**2005** 4:18 5:5 93:19
  94:10,18 95:8,13
  95:15,18 96:6
**2006** 5:7 94:15,24
  95:7,21
**2007** 5:8 94:24 95:8
**2008** 94:25
**2009** 10:25 11:15
  12:9,13 20:25 21:9
  21:11 43:6,17
  44:15 45:13,25
  92:25 94:25
**201** 2:3 110:5
**2010** 94:25
**2014** 33:9
**2018** 22:25 24:24
**2019** 1:13 107:7
  108:12 109:10
  110:1,10

**2023** 108:19 109:19
**2042** 48:20 49:7,8
  49:12
**2043** 50:18
**2060** 50:18
**2061** 51:12
**21** 51:8,11,17,24
  52:2,11,17,17,18
  52:21 53:23 54:5,9
  55:21 56:1,19
  81:23
**22** 54:19,22,25 55:3
  56:1,16
**2250** 1:12 110:13
**2260** 51:12
**2261** 54:23
**23** 56:5,8,10,13,18
  56:21
**24** 57:1,4,7,9,23,25
  59:18 60:12,23
  92:25
**24059** 1:3
**2419** 54:23
**2420** 56:9
**2430** 56:9
**2431** 57:5 58:1
**25** 58:21,24 59:2,4
  59:7,22,25 60:23
**25,000** 25:3,14 26:7
  27:22,22 28:6,6
  98:23
**2564** 57:5 58:2
**2565** 58:25
**26** 60:4,7,9,11,14
  60:17 108:19
  109:19
**27** 61:2,5,8,11,15
  63:21
**2734** 58:25
**2735** 60:8

**2744** 60:8
**2745** 61:5,11
**28** 24:24 62:11,14
  62:17,20 63:3,18
  63:21
**29** 64:5,9,11,14,18
  64:24
**2939** 61:6,12
**2940** 62:15,23

**3**

**3** 17:24 19:11 28:23
  39:25
**3/12/19** 111:3
**30** 65:5,9,20,23,25
  67:3 110:15
**3030** 62:15,23
**3031** 64:9
**3046** 64:9
**3047** 64:22 65:8
**31** 66:10,13,16,19
  66:22,24 67:3
**3158** 65:9
**3159** 66:14
**3190** 66:14
**3191** 67:10 68:3,14
  69:19
**32** 67:7,10,13,16,22
  68:2,6,8,14,17,24
  69:10,17,22,25
  70:3,6,10,16,18,21
  70:22,22,25,25
  72:15,19,22,24,25
  72:25 73:9,9,10,13
  73:13,13,18,18,19
**3200** 69:19
**3201** 71:4
**3202** 69:19
**3204** 71:4
**3205** 70:21
**3206** 71:4

**3207** 72:20
**3208** 71:4
**3209** 72:19
**3210** 71:4
**3211** 69:19
**3212** 71:4
**3213** 72:19
**3214** 71:4
**3215** 72:19
**3216** 71:5
**3217** 71:5
**3218** 67:11 69:19
**3219** 71:5
**3223** 71:8 72:20
**3259087** 111:3
**3294** 71:5
**3295** 74:3
**33** 71:3,8,11,15,18
  72:12 74:23
**33131** 2:4 110:6
**33401** 2:8
**3372** 74:3
**3373** 75:5
**34** 73:24 74:2,5,8
  74:19,23
**3400** 2:3 110:5
**3450** 75:6
**3451** 75:22
**35** 75:2,6,8,12,16
**36** 75:19,22,25 76:8
**3676** 75:23
**3677** 76:15
**37** 76:11,14,17,25
**3700** 76:15
**3701** 77:6
**38** 77:3,6,9,12
**39** 77:22,25 78:3,6
  78:8
**3912** 77:7
**3913** 78:1

**3932** 78:1
**3933** 46:13 55:23
**3934** 55:24
**3935** 55:24
**3936** 63:23,25
**3937** 67:4
**3938** 74:24
**3940** 48:13 50:7
**3941** 60:20
**3942** 46:13
**3943** 79:6

**4**

**40** 39:12,14 78:25
  79:5,8,12,18 80:20
  80:23,25
**4010** 79:6
**4011** 80:3
**41** 79:24 80:2,5,7
  81:7
**4132** 80:3
**4133** 80:14
**4150** 80:15
**4151** 81:14
**42** 80:11,14,17,19
  80:23,25 81:4
**4288** 81:14
**4289** 40:8 42:7,8
**4290** 40:8 43:2
**4291** 40:8 43:25
**4292** 40:9 44:20
**4293** 40:9 44:20
  45:13
**4294** 40:9
**4295** 40:9
**43** 81:10,13,16,19
  81:22 82:1,8,23
  83:3,8 87:3 88:16
**44** 91:2,6,7
**45** 91:23 92:1
**46** 11:2 16:11,15
  40:23 41:14 42:13

43:4 44:11 45:4
83:15 90:11 92:19

**5**

**5** 65:12
**5,000** 32:14 33:23
**56,000** 96:18

**6**

**6** 26:9
**6/8/2009** 44:21 45:5
**60** 39:20 96:15

**7**

**7** 16:21,25 17:12,16
  17:25,25 19:11
  22:21,23 23:4 24:7
  25:16,17,21 44:15
  45:13,25
**7/10/2009** 44:17
**750** 26:12
**7:26** 1:14

**8**

**8** 11:14 21:11 24:14
  24:17 27:7,11
  43:17 96:21
**80** 102:24 103:4,6

**9**

**9** 19:10,12 22:25
  28:9,14,22,23 29:4
  32:25
**9th** 23:1

**a**

**a.m.** 1:14
**able** 7:8 17:8 36:5
  95:1
**absent** 88:17
**absolutely** 104:14
**accurate** 21:15
**acting** 42:1,2
**action** 9:24 109:8,9

**actual** 87:18
**ad** 95:4,13,15,18
  96:5,8
**added** 18:2 91:23
**additional** 14:8
**address** 43:21
**ads** 95:7
**adult** 53:2
**advance** 93:3,6
**advised** 110:10
**african** 61:22,24
  63:15,17
**agree** 25:1 26:6
  103:20,25
**agreement** 24:19
  24:23 31:25 32:2
  32:11
**agreements** 26:23
  98:22
**ahead** 89:18
**alan** 18:25 24:9
**amended** 42:16
**amendments** 42:18
  42:19,22
**american** 61:24
  63:15,17
**amount** 32:13 37:2
**angle** 79:15
**angles** 58:12
**answer** 5:20 27:25
  36:11 37:5,12,16
  38:4,8 67:18 89:7
  89:18 91:20 98:20
  102:3 106:6
**answered** 53:12
  94:21 105:4
**answering** 36:17
**answers** 37:23
**apart** 15:6 17:18
**apologize** 49:22

**apparently** 92:24
**appear** 11:8 44:9
  57:11
**appearances** 2:1
**appeared** 108:9
**appears** 17:13
  20:17,18 25:3
  40:15 44:2 59:18
  72:2 91:8
**applicant** 42:17
**application** 11:19
  42:9,12,15,19,21
  42:24 43:3 45:4
**appropriate** 13:12
**approve** 25:12
**argumentative**
  98:17 105:1
**arrange** 110:12
**article** 90:9 94:2
**asian** 65:24 66:20
**asked** 23:7,11,12
  23:13 38:11
**asking** 3:16 4:21
  10:15 13:21 37:25
  38:5 40:21,22
  68:12 69:6 100:12
  101:21,22
**assg** 111:3
**associated** 42:23
**association** 42:11
**assume** 22:25
**attached** 3:4 4:8
  8:12 9:16 16:22
  21:14 24:15 28:10
  31:4,17 34:3,23
  40:3 41:12 42:9
  44:8 46:17 47:1,5
  48:23 50:15 51:9
  54:20 56:6 57:2
  58:22 60:5 61:3
  62:12 64:6 65:6

66:11 67:8 70:12
  70:19 71:12 72:16
  73:25 75:3,20
  76:12 77:4,23 79:1
  79:25 80:12 81:11
  84:25 85:16 86:18
  86:25 90:14 91:3
  91:14 92:2,8,22
  93:12 96:7 100:9
  100:15 101:6
**attachment** 20:8
**attorney** 28:1
  36:13 37:7,14
  109:7,8
**attorneys** 25:10
**attractive** 57:18,19
  59:17
**author** 43:8 45:17
**authority** 108:8
**authorize** 19:7
  28:19 34:18
**automated** 44:23
**avenue** 2:7
**awaiting** 110:11
**award** 29:6

**b**

**b** 9:6 10:15 21:14
  22:3,4 28:15 31:4,9
  31:10 41:1 45:15
  45:21 46:5 72:15
  72:19,22,24 73:10
  73:13,19 101:7,16
  101:24 103:10
**back** 32:5 38:20
  41:5 56:3 90:7
**badgering** 105:2
**bank** 27:20
**based** 48:8 67:4
  99:8
**basis** 12:3 92:6

**bates** 31:22 40:7
  42:6 45:13 47:9
  49:10 58:1 60:8
  62:15 66:13 68:2
  69:11 71:7 74:24
**bathroom** 10:9
  19:23 30:4
**beach** 2:8
**bear** 41:23
**bears** 31:22 57:25
**beating** 105:4
**beginning** 23:7
**behalf** 2:4,8 34:10
  36:9 37:3 102:12
**believe** 9:17,20,21
  16:7 23:25 39:17
  76:23 85:21 87:4,5
**believing** 9:23
**better** 5:22 85:14
  86:23
**big** 51:18
**biscayne** 1:12 2:3
  110:5,13
**bit** 38:20 53:19
  96:22
**black** 55:7,7,13,13
**blue** 22:24 44:2
**bold** 18:6
**bonded** 108:19
  109:19
**bordering** 105:2
**borrow** 24:7,12
  79:21
**bottom** 42:6
**boulevard** 1:12 2:3
  110:5,13
**boxes** 13:12
**break** 10:9,14
  65:12 92:15 100:23
**brief** 10:11 17:21
  65:16 92:16

**bring** 9:24
**builders** 19:1 24:10
**business** 34:11

**c**

**c** 32:25 33:1
**calculation** 25:6
  33:22
**call** 44:16 45:22
  65:13
**called** 19:13 34:16
**campaign** 29:20
**cap** 63:14,16
**captioned** 110:10
**care** 38:12,13
  110:15
**case** 1:3 18:12 23:4
  23:4,6,13,18,20,23
  24:1,9 25:1,16,22
  30:19 32:10 35:10
  35:11,20 38:16,21
  38:22 39:1,2,3,9
  41:2 75:15 97:21
  98:2,10 99:11
  103:9 104:18
  110:10
**cases** 12:18
**cause** 1:25
**caution** 27:24
**certainly** 8:11
**certificate** 9:11
  11:20 21:15 22:5
  40:7,15,19,25 41:1
  41:3 42:21 43:20
  92:5,6,7 101:6
  103:9 104:6,9,24
  108:1 109:1
**certificates** 12:9,12
**certification** 11:14
  43:16 83:12,17
  85:18 88:22

certified 88:22
certify 41:12,22
  42:9 44:8 108:8
  109:4,7
certifying 86:11
chance 74:4
change 53:19 111:5
changed 69:25
changes 111:4,23
charge 11:23
charles 1:8 2:9
chose 33:23
cite 106:3
city 107:10
claim 23:23 41:14
  44:24 83:16 101:13
  106:9,12
claimant 11:8
  43:11 45:17
claiming 97:4,11
  99:9,20 100:9,16
  101:22 104:1,23
claims 92:12
clarification 89:25
clarified 86:23
clarify 52:15
clarifying 27:10
clear 17:24 86:17
  87:20
clearly 94:25
clerk 110:17
client 20:16 22:6
  28:1 29:21 30:18
  31:12 35:2 36:13
  37:7,14 39:3 92:21
client's 39:2
clip 51:19
collegevox 28:15
  32:11
combination 53:22
  60:22 63:20 67:2

74:22
combined 56:1
come 11:3 25:5
comment 105:8
commission 108:18
  109:18
communication
  28:1
communications
  36:13 37:7,14 38:6
  38:10
company 29:21
  43:21
compare 68:13
comparison 42:20
complaint 4:4,5,8
  9:16 10:2 19:3,11
  20:15,23 22:4,4,5
  22:10,21 25:20
  28:13,20 29:5
  31:10 32:20 34:10
  34:19,21 41:2 47:1
  48:17 50:10 56:23
  64:20 68:10 70:12
  72:12 75:11,15
  76:7,25 77:19 78:9
  82:1,8,11,17 83:1,5
  83:7 85:17 87:1
  89:23 90:15 91:14
  92:8,12,22 93:13
  96:7 97:21 98:1
  100:16,24 101:7,14
  101:16 102:12
  103:9,11
complete 77:8
completed 110:11
completion 10:20
  10:22,24 43:6
composite 51:16
compound 23:11

comprise 52:16
conclude 110:15
concluded 106:19
confirms 45:3
confused 37:17
confusion 69:5
connected 109:8
connection 13:19
  53:21 85:18 110:10
consecutively
  49:11 58:1
consider 54:15
consideration
  42:15
considered 45:16
  57:12
consist 69:18
consistent 45:6
constitute 71:3
  109:5
contain 60:21
  77:17 92:21
contained 9:7 10:1
  22:5,11 31:11
  52:12 63:22,25
  66:22,24 67:4 68:6
  70:24 78:5 81:4,7
  81:19 82:18 83:8
  87:12 88:4,15,15
  88:17,19,20 89:1
  101:16,24 103:11
containing 6:3
  63:10 87:22 100:15
contains 87:25
  101:5
continue 105:16
copies 44:1 51:13
copy 3:4 16:22 17:1
  17:3,4 20:9 21:15
  24:15 28:10 30:13
  31:5,17 34:3 40:3,6

40:25 41:2 46:17
  47:5 48:23 50:15
  51:9 54:20 56:6
  57:2 58:22 60:5
  61:3 62:12 64:6
  65:6 66:11 67:8
  70:19 71:12 72:16
  73:25 75:3,20
  76:12 77:4,23 79:1
  79:25 80:12 81:11
  87:21,22,24,25
  88:14,22 91:3 92:2
  100:5
copyright 9:12
  10:16 12:4,8,20,25
  13:4 14:12 15:5
  16:5 19:3 21:9,17
  22:12 30:25,25
  31:6 34:23 35:7
  40:7,17 41:14,15
  41:19 42:11,14
  44:1,10,16,25
  45:15 46:6,11 47:8
  48:9 83:13,15,16
  83:24 84:18 85:2,9
  85:17 86:2,7,10,19
  87:1,22 88:21,22
  89:2 92:7,13,20
  97:4,9,25 98:14
  99:11,19 100:4,10
  100:17 101:5,24
  102:18 104:2,17,23
  105:12,16 106:13
copyrighted 12:12
  20:3,10,23 21:8
  22:11 30:5,11,13
  31:6 92:5
copyrights 30:11
  42:3
corporate 45:21

**corporation** 45:16
**correct** 4:5 8:13 9:5
  10:16 11:12 15:19
  15:22 16:1 19:17
  19:23 20:10 21:25
  22:12 26:16 27:1
  27:17 30:13 33:6
  33:12 39:17 43:9
  43:14,18,22,23
  44:17 45:8 46:1,6
  49:8 52:8,23,25
  53:2,3,7,16,23
  54:13 58:13 64:2
  68:19,23 69:18
  82:2,13,14,19 83:1
  83:5,6,8,9,17,18,25
  84:5,10,11 85:19
  90:3,11,18,23
  91:15 92:8,13,25
  93:6,13 94:2 95:2,9
  95:22 96:1 97:1,21
  98:2,22,23 99:6,12
  100:25 101:8
  102:20,25 104:3,9
  104:18 105:23
  106:4,10 109:5
  111:23
**correctly** 21:2,12
  21:18,20,22 31:7
  39:11 42:25
**correspondence**
  42:23 44:9
**cost** 39:21,22
**counsel** 3:20 17:2
  17:13 18:1 23:11
  37:22 38:2 49:9
  52:15 57:24 65:10
  68:12 69:8 71:6
  73:8 88:10 89:4
  91:18 105:17 109:7
  109:8 110:17

**counsel's** 98:17
  105:1
**counselor** 105:9
**county** 108:5
  109:10 111:21
**course** 42:14
**court** 1:1 18:9,13
  18:18,20 23:24
  28:16 87:25 110:17
**covering** 31:6
**create** 4:15 5:7 7:8
  7:10 8:1 79:15
**created** 4:14,25 5:4
  5:11,13,17 6:4,6
  9:14 19:16 20:25
  21:9 44:21 45:13
  90:10,10,11
**creating** 69:9
**creation** 63:22
**currently** 91:16
**cv** 1:3

### d

**d** 28:15 45:15,21
  46:5
**dade** 108:5 109:10
**dallas** 6:21,24
**dance** 105:13
**daniel** 2:6
**date** 5:17 33:6,12
  43:6,17 93:2,8
  109:6 111:25
**dated** 11:14 45:25
**day** 3:15 54:7 107:7
  108:12 109:10
**days** 110:15
**dear** 110:8
**declare** 111:22
**defendant** 1:9 2:8
  18:25 25:16,22
  26:1 34:15

**defendant's** 3:3,7
  16:21 17:12,25
  24:14 28:9 31:22
  34:2 38:17 40:2
  46:16 47:4 48:22
  49:10 50:14 51:8
  54:19 56:5 57:1,25
  58:21 60:4 61:2
  62:11 64:1,5 65:5
  65:11 66:10 67:7
  68:14 69:22 70:18
  71:8,11 72:15
  73:24 75:2,19
  76:11 77:3,22
  78:25 79:24 80:11
  81:10 91:2 92:1
**defendants's** 52:17
**delayed** 45:14
**demand** 19:4
**denver** 23:22 24:4
**depicted** 47:16,16
  47:20 48:6,12,13
  48:15,16 49:4,14
  50:10,19 51:5 52:1
  52:10,11,22 53:14
  55:2,21 56:18,19
  56:21,22 57:9,17
  59:4,7 60:9,11,12
  61:18,21 63:7,17
  64:14,18,19 65:23
  66:19 67:16,21
  68:5,8,9 70:3,6,10
  70:11,22 71:17
  72:11,12,24,25
  73:12 74:8 75:11
  75:11,14,15 76:6,7
  76:24,25 77:19
  78:8,9 80:8,19,20
  81:21,22,25 82:1,7
  82:8,11,25 83:4
  91:11

**depo** 111:2
**deponent** 27:24
  37:23 68:13 91:20
  107:2 110:12
**deposed** 23:3,6,8,9
  23:12,13,16,19
  24:4,5
**deposit** 46:11 83:24
  84:18 85:1,8 86:10
  86:11,19 89:2
  92:23 100:5
**deposited** 41:14
  83:15 103:19
**deposition** 1:19,25
  23:7,21 48:1 109:4
  109:6 110:9,11,16
  111:23
**deposits** 41:22
**derived** 38:2
**describe** 4:21 28:23
  29:14 57:16 59:6
  61:20 63:7,13
  64:13 65:22 66:18
  67:15 70:5 71:22
  71:24
**describes** 19:15
**different** 14:16
  15:16 51:20 58:5,6
  58:8,12,12,17 60:1
  60:2,15 61:12 60:1
  62:24 63:4,5 65:1
  66:4,7,25 68:23
  69:10 72:9 73:2
  74:20 76:4,21
  77:14 78:15,19
  100:10,17 101:15
  101:23 103:10,21
**difficult** 69:7
**digital** 20:9
**directed** 105:9

[director - exhibit]

**director** 42:3
**disclose** 36:12
**disclosing** 37:7
**discuss** 19:12
**discussed** 26:9,23
  32:19 47:25
**discusses** 30:23
**disputing** 84:17,21
  84:24 85:6
**distinction** 9:22
**district** 1:1,1 18:9,9
  18:13,13,18,18,20
  18:21 28:16,17
  34:19 46:4
**division** 1:2 28:18
**dlg** 1:3
**document** 3:2,8,25
  4:2 9:7,8,10 10:19
  10:21 16:20 17:14
  18:4,6,19 24:13
  28:8 31:15 33:13
  33:15 34:1,8 40:1
  46:15 47:3 48:21
  50:13 51:7 54:18
  56:4,25 58:20 60:3
  61:1 62:10 64:4
  65:4 66:9 67:6
  70:17 71:10 72:14
  73:23 75:1,18
  76:10 77:2,21
  78:24 79:23 80:10
  81:9 91:1,25
**documents** 88:16
**doing** 34:11 58:8
  105:13
**dollars** 98:13,22
**dominique** 2:6
**don'ts** 85:13
**dos** 85:12
**dressed** 74:12

**drive** 6:19,20,23
  41:13 83:13 84:14
  84:15 87:22,23
  88:5,14,19,19,20
  91:19,22
**drives** 6:15 91:24
**duane** 2:3 18:5
  19:8 110:5
**duanemorris.com**
  110:6
**duly** 108:9
**dvd** 6:19,20,23
**dvds** 6:15

**e**

**e** 44:14,21,23 45:3
  45:12
**earlier** 26:9 48:2
  89:5 94:15 95:25
  96:22
**early** 4:16
**easier** 69:5
**eco** 44:25
**edward** 1:22 109:3
  110:20
**effective** 21:11
**eight** 96:18
**either** 95:8
**elderly** 19:21 30:3
**electronic** 42:12
  44:25
**electronically**
  41:23 45:7
**employee** 109:8
**employees** 11:25
**enter** 111:4
**entered** 111:24
**entire** 3:14 26:22
  27:22 28:5 47:7
  52:22 100:5 105:13
**entitled** 41:13
  44:10 83:15

**entity** 45:17,21
  101:13
**envelope** 88:21
**errata** 111:1
**esq** 2:2,6,6 110:4
**essentially** 36:21
**established** 73:14
  101:7
**exact** 4:16 32:15
**excerpt** 1:19 3:1
  16:19 39:25 109:6
**excerpts** 106:19
**exclude** 71:7
**exclusive** 30:10
**excuse** 89:5
**exelon** 95:2
**exhibit** 3:3 4:10,11
  4:13 6:18,18 7:9,9
  8:12 9:6 10:15,15
  13:19,19 14:16
  16:21,25 17:3,12
  17:16,25 20:9,14
  20:15 21:14 22:3,4
  22:11,21,23 23:4
  24:7,14,17 25:16
  25:17,21 26:9 27:7
  27:11 28:9,14
  30:12,15,17,17
  31:4,9,10,16,20,22
  32:19,25,25 33:1,4
  34:2,6,24,25 35:1
  40:2,6 41:1 46:14
  46:16,25 47:1,4,9
  47:13,17,25 48:12
  48:15,16,19,22
  49:1,4,10,15,22,22
  50:1,10,10,14,17
  50:19 51:4,5,8,11
  51:17,24 52:1,11
  52:17,17,21,22
  53:23 54:5,9,19,22

  54:25 55:3,21,23
  56:1,1,5,8,10,12,15
  56:18,19,21,22
  57:1,4,7,9,23,25
  58:21,24 59:2,4,7
  59:18,22,25 60:4,7
  60:9,12,14,17,19
  60:23 61:2,5,8,11
  61:15 62:11,14,17
  62:19 63:3,18,21
  63:21 64:5,8,11,14
  64:18,19,24 65:5,9
  65:12,20,23,25
  66:10,13,16,19,22
  66:24 67:3,3,4,7,10
  67:13,16,22 68:2,6
  68:8,9,14,17,24
  69:10,12,17,18,25
  70:2,6,10,11,18
  71:3,8,11,15,18
  72:11,12,15,19,22
  72:24,25 73:9,9,9
  73:24 74:2,4,8,19
  74:23,23,24 75:2,6
  75:8,11,12,15,16
  75:19,22,25 76:7,8
  76:11,17,24,25
  77:3,6,8,12,19,22
  77:25 78:3,6,8,9,25
  79:4,8,12,18,19,24
  80:2,5,7,7,11,14,17
  80:19,20,23,25,25
  81:4,7,10,13,16,19
  81:22,23,25 82:1,7
  82:8,11,16,23,23
  82:25 83:3,5,7,12
  83:24 84:25 85:16
  86:18,25 87:3,3,12
  88:16,17 89:1,23
  90:14 91:2,6,7,14
  91:21,23 92:1

93:12 96:7,21
97:20 100:9,15,23
101:4,7,13,16,23
101:24 103:8,8,10
**exhibits** 4:8 51:2
73:13 82:18 83:8
**exist** 84:17
**expires** 108:18
109:18
**express** 7:6
**expression** 79:14
**expressions** 78:19
**extent** 27:25 36:12
37:6,13,25 38:5
**extra** 17:4

**f**

**fact** 83:7 90:7 91:5
99:9 105:22
**fain** 108:20 109:20
**familiar** 13:6,10
**familiarize** 3:19
**fannin** 2:2 3:9,12
3:16,18 5:9,23 7:3
8:14,20 9:18 10:3
11:4,17 12:5,14,22
13:2,20 14:10,18
14:25 15:7,12 16:6
17:1,5,11,19,23
18:15 19:18,24
20:5,11,19 21:3
22:7,13 23:10
24:20 25:2,8,23
26:3,10,14,17,24
27:5,9,23 28:25
29:8,11,16,23 30:7
30:20 31:13,21
32:3,17,21 33:24
34:12 35:3,15,24
36:4,10,23 37:4,11
37:22 38:15,23
39:4,10,16,23 41:4

44:4 45:9 46:7 48:3
49:9,16 50:3,11,20
51:13,16 52:14
53:4,8,17,24 54:8
55:4,9 57:13,24
58:9,14,18 59:8,12
59:19 60:24 61:23
62:4,25 63:8,24
64:15 65:10,15
66:5 67:17,23
68:11,20,25 69:8
69:20 70:7 71:6
72:6 73:4,8,16
74:13 78:14 79:13
82:5,20 83:19 84:1
84:6,12,20 85:3,10
85:20,24 86:3,13
86:21 87:13 88:6
88:10 89:3,8,15,24
90:4,12,19,24
91:18 92:9 93:1,7
93:14,21 94:4,11
94:16,19 95:3,10
95:16,23 96:2,11
97:6,13,22 98:3,16
98:24 99:4,13,21
99:24 100:11,19
101:9,17,25 102:8
102:14,21 103:1,12
103:22 104:4,11,19
104:25 105:8,14,24
106:5,11 110:4,8
**february** 92:24
108:19 109:19
**fee** 13:13 26:21
36:21 45:4
**fees** 96:17
**female** 52:4,25 54:4
**file** 12:20,24 38:21
46:11 102:7,11
103:7

**filed** 1:25 11:19,22
12:2,3,11 15:5 22:6
22:16,23 23:23
25:21 28:12,13
33:20 34:10,15
36:9 37:3 38:21
46:4 97:18 100:6,6
100:8,14 101:12,22
102:12,18,24
104:18 105:12,15
**files** 5:16 6:2,9,16
44:10 51:21
**filing** 11:23 19:7
28:19 34:18 38:22
103:25 110:17
**fill** 13:11
**final** 15:6 55:25
**financially** 109:8
**find** 5:13 12:17
32:1 35:22 36:5,22
**finish** 47:12 56:10
**finished** 79:15
**first** 4:25 12:3
23:12 89:7
**flash** 41:12 83:13
84:14,15 87:22,23
88:5,14,19,19,20
91:19,22,24
**flip** 9:6 32:25 33:11
34:25
**florida** 1:1,13,24
2:4,8 28:17 108:3
108:17 109:4,10,17
110:6,13 111:21
**follow** 12:20 89:4
**following** 10:12
17:22 30:24 44:9
65:17 92:17
**foregoing** 109:5
**form** 5:9,24 7:3
8:14,20 9:18 10:3

11:4,17 12:5,14,22
13:2,20 14:10,18
14:25 15:7,12 16:6
18:15 19:18,24
20:5,11,19 21:3
22:7,13 23:10
24:20 25:2,8,23
26:3,10,14,17,24
28:25 29:8,11,16
29:23 30:7,20
31:13 32:3,17,21
33:22,24 34:12
35:3,15,24 36:4,10
36:23 37:4,11
38:15,23 39:4,10
39:16,23 41:4 44:4
45:9 46:7 48:3
49:16 50:3,11,20
52:14 53:4,8,17,24
54:8 55:4,9 57:13
58:9,14,18 59:8,12
59:19 60:24 61:23
62:4,25 63:8 64:15
66:5 67:17,23
68:11,25 70:7 72:6
73:4,16 74:13
78:14 79:13 82:5
82:20,21 83:19
84:1,6,12,20 85:3
85:10,20 86:3,13
86:21 87:13 88:6
89:3,8 90:4,12,19
90:24 92:9 93:1,7
93:14,21 94:4,11
94:16,19 95:3,10
95:16,23 96:2,11
97:6,13,22 98:3,16
98:24 99:4,13,21
99:24 100:11,19
101:9,17,25 102:8
102:14,21 103:1,12

**[form - insurance]**

103:23 104:4,11,19
104:25 105:24
106:5,11 111:23
**front**  9:7 59:11
**further**  41:22
106:17 109:7
110:17

**g**

**gainesville**  28:17
**gainesvillescene**
28:15
**general**  12:3 13:1
**gentleman**  48:6,11
48:12,15,16 54:3
61:25 68:1,8,9,13
68:18 70:6,21,22
72:24,25 73:3 79:5
79:11,18,19 80:19
80:20,23 81:1
83:23 85:7
**gist**  45:20
**give**  45:22
**given**  85:17 86:19
93:5
**glass**  14:24
**go**  17:19 38:20 47:7
87:24 89:18
**going**  3:6 5:23
16:24 27:23,24
28:12 31:19 34:5
40:5 46:12,12,13
47:7,8 48:19 50:17
51:12 56:8 64:8
65:8 69:4,14,17,18
70:15,15 71:2 75:5
76:14 77:25 81:13
87:24 88:2,25 91:6
91:19 103:22
**gown**  63:14,16

**h**

**hand**  72:1 108:11
109:9
**handle**  69:16
**happened**  35:10
**hard**  6:15,19,20,23
**hat**  55:8,13
**head**  97:17
**heading**  33:7
**help**  85:14
**hereto**  3:4 16:22
21:14 24:15 28:10
31:4,17 34:3,24
40:3 46:17 47:5
48:23 50:15 51:9
54:20 56:6 57:2
58:22 60:5 61:3
62:12 64:6 65:6
66:11 67:8 70:19
71:12 72:16 73:25
75:3,20 76:12 77:4
77:23 79:1,25
80:12 81:11 91:3
92:2
**higher**  26:7,16,20
**highlight**  17:10
**highlighted**  17:7
18:1
**highlighting**  17:6
17:12
**hired**  92:24
**hold**  3:24 88:12
89:6
**holding**  68:19 72:1
**home**  7:1
**honestly**  11:24
**hundred**  5:6,15
**hussey**  1:5,19 10:14
11:9,12 18:4,22
28:14 34:11 43:14
43:17 46:5 51:23

61:10 92:19 108:9
109:4 110:7,9
111:2,2

**i**

**i.e.**  96:25
**identification**  3:3
16:21 17:23 24:14
28:9 31:16,21 34:2
40:2 46:16 47:4
48:22 50:14 51:8
54:19 56:5 57:1
58:21 60:4 61:2
62:11 64:5 65:5
66:10 67:7 70:18
71:11 72:15 73:24
75:2,19 76:11 77:3
77:22 78:25 79:24
80:11 81:10 91:2
92:1
**identified**  42:13
**identifies**  20:3
**identifying**  41:23
**illustration**  15:2
**image**  4:14,15,20
4:22,25 5:18,21,25
6:2,3,6,7,17 7:8,11
8:1,12 15:2,6,24
16:10,15 19:16
20:15,18,24 25:19
25:21 26:2 28:24
29:5,15 30:18
32:16 33:17,19
34:23,23 35:1,1,7
46:25 50:7 53:22
60:21 63:22 67:4
74:23 79:16 83:23
90:10,14,17 91:13
92:7 95:18 96:8
97:20 98:9 100:1,8
100:15 104:5,13,13
104:15 106:13

**imagerights**  35:25
36:2,6,8,15,18,20
37:1,10,19 38:7,22
39:3,7,14,22,24
**images**  4:24 7:14
8:10 13:16,18,21
13:24 14:3,7,15,21
46:21,22,22,25
48:8 55:25,25
74:22 77:18 87:25
88:4 98:8
**important**  42:20
**inbound**  44:16
**include**  9:15 10:1
16:12,16 19:16
83:22 91:13
**included**  16:4 50:7
57:23 103:8,8
**includes**  40:6
**inclusive**  109:5
**incorrect**  102:20
**independent**  51:21
**individual**  18:23
45:17 80:8
**individuals**  75:10
75:14 77:18 78:8
**information**  6:3
42:10,16 45:7
**infringement**  19:4
46:6
**initially**  25:15
**instance**  8:9 79:4
79:10
**instruct**  36:11
37:12 105:6
**instructing**  38:8
**instruction**  37:5
105:10
**insurance**  108:20
109:20

**interested**  109:8
**internal**  11:5
**interrupt**  69:15
**invalid**  105:12,16
**invoice**  48:1 93:2
  97:1
**involve**  14:9
**involved**  15:11
  20:16 25:10 38:22
  39:3
**involves**  32:15
**involving**  23:4,23
  25:16 100:8
**issue**  98:10 101:14
**issued**  21:16
**items**  44:9

**j**

**j**  2:6
**jacket**  55:7,13
**jackson**  2:2 3:9,12
  3:16,18 5:9,23 7:3
  8:14,20 9:18 10:3
  11:4,17 12:5,14,22
  13:2,20 14:10,18
  14:25 15:7,12 16:6
  17:1,5,11,19,23
  18:15 19:18,24
  20:5,11,19 21:3
  22:7,13 23:10
  24:20 25:2,8,23
  26:3,10,14,17,24
  27:5,9,23 28:25
  29:8,11,16,23 30:7
  30:20 31:13,21
  32:3,17,21 33:24
  34:12 35:3,15,24
  36:4,10,23 37:4,11
  37:22 38:15,23
  39:4,10,16,23 41:4
  44:4 45:9 46:7 48:3
  49:9,16 50:3,11,20

51:13,16 52:14
53:4,8,17,24 54:8
55:4,9 57:13,24
58:9,14,18 59:8,12
59:19 60:24 61:23
62:4,25 63:8,24
64:15 65:10,15
66:5 67:17,23
68:11,20,25 69:8
69:20 70:7 71:6
72:6 73:4,8,16
74:13 78:14 79:13
82:5,20 83:19 84:1
84:6,12,20 85:3,10
85:20,24 86:3,13
86:21 87:13 88:6
88:10 89:3,8,15,24
90:4,12,19,24
91:18 92:9 93:1,7
93:14,21 94:4,11
94:16,19 95:3,10
95:16,23 96:2,11
97:6,13,22 98:3,16
98:24 99:4,13,21
99:24 100:11,19
101:9,17,25 102:8
102:14,21 103:1,12
103:22 104:4,11,19
104:25 105:8,14,24
106:5,11 110:4,8
**jarletta**  42:1
**jeskey**  18:25 24:10
**jjfannin**  110:6
**job**  11:5 90:22
  92:19,24 95:2,14
  96:14
**jpeg**  13:16
**jpegs**  14:11,14,15
**judicial**  103:17
**julian**  2:2 110:4

**july**  23:1,2 44:15
  45:13,25
**june**  11:14 21:11
  22:25 43:17
**jury**  19:4

**k**

**karyn**  41:25 42:2
**keep**  6:9,12
**know**  5:8 9:20
  25:14,19,21 26:1
  27:15 32:24 33:16
  33:19 35:12,13
  37:15 61:19 67:18
  87:5,6,7,14,16
  91:23 93:18,20
  94:8,20 95:17
  96:12 97:14,16,18
  98:9,20 99:25
  100:3 102:1,3
  103:16 104:12,12
  104:13,14,20
  106:16
**knowing**  9:23
**knowledge**  25:9
**knows**  38:3

**l**

**large**  1:24 108:18
  109:4,18
**lawsuit**  19:8 20:16
  22:16,19,20 25:20
  28:12,20 31:11
  33:20 35:2 36:9
  46:4 92:6 97:19
  99:10 100:6,8,14
  100:18 101:12,22
  102:6,11,18 103:7
  105:12,15
**lawsuits**  12:11 37:3
  97:19 100:7 102:15
  102:24 104:1

**lawyer**  36:18 37:19
**lawyers**  36:16
**learn**  69:14
**leaves**  95:8
**led**  38:6,10
**legal**  45:17
**licensing**  26:20
  96:17
**life**  24:5
**lighting**  58:12
**line**  10:23 65:11
  111:5
**listed**  43:8,11
**litigation**  39:21,22
**little**  10:9 38:20
  53:19 96:22
**llc**  11:12 28:15
  34:11 43:14 45:15
  45:15 46:6
**llp**  2:3,7 18:6 110:5
**located**  7:5
**logistics**  91:24
**long**  26:1 32:24
  33:16,19 88:1
**look**  3:8,9,12,18
  4:10 10:18 12:18
  19:10 20:14 22:3
  28:22 30:17 31:9
  31:25 32:24 34:7
  35:16 36:21 41:11
  43:2,24 46:19
  47:11 51:11,24
  55:23 57:4 60:7,19
  61:5 62:14,16
  64:22,23 65:19
  66:13,15 67:12
  69:24 72:18 74:2,4
  75:22 76:16 77:6
  79:7 80:2,4,14,16
  84:15 91:5

**looked** 79:5
**looking** 5:1 6:17
14:23 15:16,19,22
15:25 16:12,16
19:22 22:20 30:3
40:11 49:24 55:14
62:2,8 68:18 74:16
90:8
**lot** 52:5 104:2,22
**lustig** 2:6,7 3:5,23
5:12 6:1 7:4 8:16
8:22 9:19 10:5,13
11:7,18 12:7,16,23
13:5,23 14:13,20
15:3,9,13 16:8,23
17:3,7,15 18:3,16
19:20 20:1,7,13,21
21:6 22:9,15 23:15
24:16,22 25:4,11
25:25 26:5,11,15
26:19,25 27:7,12
27:14 28:4,11 29:3
29:9,13,18,25 30:9
30:22 31:18,24
32:9,18,23 34:4,14
35:5,18 36:1,7,14
36:25 37:9,18 38:9
38:19,25 39:6,13
39:18 40:4 41:10
44:6 45:11 46:9,18
47:6 48:5,24 49:13
49:19 50:5,16,23
51:10,15,18,22
52:18,20 53:6,10
53:18 54:1,10,21
55:6,11 56:7 57:3
57:15 58:3,11,16
58:23 59:10,14,21
60:6 61:4 62:1,7,13
63:1,9 64:2,7,17
65:7,14,18 66:6,12

67:9,20,25 68:16
68:22 69:1,13,17
69:23 70:9,14,20
71:9,13 72:8,17
73:6,11,17 74:1,15
75:4,21 76:13 77:5
77:24 78:17 79:2
79:17 80:1,13
81:12 82:6,22
83:21 84:3,8,13,23
85:5,15,22 86:1,5
86:15,24 87:15
88:8,12,13 89:6,11
89:17,22 90:2,6,13
90:21 91:4,22 92:3
92:11,15,18 93:4
93:10,16,22 94:6
94:13,17,22 95:6
95:11,20,24 96:4
96:13 97:8,15,24
98:5,18 99:1,5,16
99:22 100:2,13,22
101:11,20 102:2,10
102:16,23 103:3,14
103:24 104:7,16,21
105:6,11,18,25
106:8,14,17

**m**

**mail** 43:20 44:14
44:21,23 45:3,12
**major** 29:21
**male** 49:3,8 50:6,9
52:4,8,10,11,21
53:2,3,7 54:13,15
54:16 55:2 82:11
82:16,25 83:4,23
85:7
**males** 53:21 54:2,6
81:25 82:7
**man** 19:21 30:3
49:17,20,21,24

50:1,22 51:4,5
53:14 64:16,18,19
65:2 70:8,10,11
87:10
**march** 1:13 33:9
108:12 109:10
110:1,10
**mark** 46:12,13
70:16 91:19
**marked** 3:3,7 16:21
16:24 24:14,18
28:9,13 31:16,19
34:2 38:17 40:2,6
46:16 47:4 48:22
50:14 51:8 54:19
54:23 56:5 57:1
58:21 60:4 61:2
62:11 64:5 65:5
66:10 67:7 69:21
70:18 71:11 72:15
73:24 75:2,19
76:11 77:3,22
78:25 79:24 80:11
81:10 91:2 92:1
**marketing** 29:20
**markets** 96:24
**marking** 34:5 71:3
**marks** 41:23
**material** 42:12
**materials** 86:11
**matter** 28:14
105:22
**mean** 21:4 78:22
89:23
**meaning** 96:6
**media** 6:13
**merely** 69:10
**merit** 1:23 110:21
**miami** 1:2,13 2:4
109:10 110:6,13

**mid** 4:17
**mirror** 5:1 14:23
15:17,19,22 16:1
16:13,17 19:23
30:5 33:3,3 49:18
49:21,21,25,25
55:15 62:3,8 68:19
74:17 82:16
**mirrors** 59:11
**mistake** 98:12
99:20
**mistaken** 98:8
**money** 24:25 27:3
27:16,19 37:2 99:2
99:3,18 104:23
**morris** 2:3 18:6
19:8 110:5
**move** 73:19
**mustache** 68:2

**n**

**n** 2:7 11:2 16:11,15
40:23 41:14 42:13
43:4 44:11 45:4
83:15 90:11 92:19
96:15
**name** 18:5,9,22
41:18 42:2 43:16
43:17,21,21 46:5
**nature** 38:3
**near** 93:8
**necessary** 79:15
**need** 5:8 65:13
**negotiation** 25:10
**negotiations** 38:2
**nevada** 18:10,13,18
18:21
**never** 85:17
**new** 34:19 46:5
**ngo** 1:8 2:9 22:6
40:8,11 42:7,8
43:25 46:13,13

47:10,10 48:13,20
48:20 49:11,12
50:7,18 51:12,12
54:23,23 55:23
56:9 57:5 58:1,2,25
58:25 60:20 61:5
62:15,15,23,23
63:23,25 64:9,22
65:8,9 67:10 68:14
69:19 70:21 71:4,8
72:19,19,19,20,20
74:3,3 75:5,6,22,23
76:15 77:6,7 78:1
79:6,6 80:3,14,15
81:14,14 110:7
111:2
**notable**   30:1
**notary**   1:23 108:17
109:3,17
**note**   17:11
**noted**   89:15
**notice**   1:24 110:17
**noticed**   17:5
102:17
**number**   3:1 10:7
11:6 16:19 21:1,4
21:10,22,23 25:5,6
39:25 40:12 41:15
41:19 42:13 45:22
45:23 49:11 58:1
71:7 83:16 98:9,15
99:11 100:10,17
101:5,15,24 102:19
**numbered**   21:16
109:5
**numbers**   31:23
66:14 69:11
**numerous**   72:4
**nurse**   74:12
**nurse's**   74:11

**o**

**o'clock**   65:13
**oath**   86:10,17 89:1
108:1
**object**   5:9,23 7:3
11:4,17 12:5,14,22
13:2,20 18:15
19:18,24 20:5,11
20:19 21:3 22:7,13
23:10 24:20 25:2,8
25:23 26:3,10,14
26:17 27:23 28:25
29:8,11,16,23 30:7
30:20 31:13 32:3
32:17,21 33:24
34:12 35:3,15,24
36:4,10,23 37:4,11
38:15,23 39:4,10
39:16,23 41:4 44:4
45:9 46:7 48:3
49:16 50:3,11,20
52:14 53:4,8,17,24
54:8 55:4,9 57:13
58:9,14,18 59:8,12
59:19 60:24 61:23
62:4,25 63:8 64:15
66:5 67:17,23
68:11,25 70:7 72:6
73:4,16 74:13
78:14 82:5,20,21
83:19 84:1,6,12,20
85:3,10,20 86:3,13
86:21 87:13 88:6
89:3,8 90:4,12,19
90:24 92:9 93:1,7
93:14,21 94:4,11
94:16,19 95:3,10
95:16,23 96:2,11
97:6,13,22 98:3,16
98:24 99:4,13,21
99:24 100:11,19

101:9,17,25 102:8
102:14,21 103:1,12
103:22 104:4,11,19
104:25 105:24
106:5,11
**objection**   8:14,20
9:18 10:3 14:10,18
14:25 15:7,12 16:6
26:24 79:13 89:16
89:24
**obtained**   30:24
90:22 95:14
**obtaining**   20:25
21:10
**office**   5:16 6:3,24
7:5 9:12 11:21,22
11:23 13:4 14:12
15:5 16:5 21:10,17
30:25 31:6 35:7,23
40:7,17 41:14
42:11 44:1,10,17
44:25 47:8 48:9
83:13,15,24 84:19
85:2,9,18 86:2,7,10
86:19 87:1,22,23
88:21 89:2 97:4,10
100:4 106:13
110:13
**office's**   42:15
**official**   108:11
109:9
**oh**   23:2
**okay**   3:22 6:2 9:6
9:22 15:10 16:9
19:10 20:22 21:25
23:3 25:14 28:2
36:2 40:5,25 43:2
44:7 45:12 46:10
46:24 50:6,9 52:4
53:20 54:2,22
55:14 58:7,24 60:7

63:13 65:8,22 68:1
69:4 71:2,17 73:2
74:16 75:10 77:11
79:3 80:22 81:13
81:21 82:10 85:6
86:16 87:9 88:9
91:13,17 93:11
94:7,14 96:10,14
101:4 102:17 103:6
103:17 104:8,22
106:9,17
**older**   5:1 7:12,20
14:22 15:18,24
16:12 47:21,22
49:21 50:1,21 51:4
51:5 52:11 53:3
54:16,17 57:12,18
57:19 59:17 60:12
61:22,24 64:16,18
64:19 65:2,24 70:8
70:10,11 71:23
82:11,25 83:23
85:7 87:10
**olive**   2:7
**online**   13:11 25:15
**opportunity**   34:7
46:19 48:25 51:23
54:24 57:6 59:1
61:7 62:16 64:10
65:19 66:15 67:12
69:24 71:15 72:21
75:7,24 76:16 78:2
79:7 80:4,16 81:15
**order**   7:7 9:23
**original**   34:23
110:16
**orlandoscene**   28:16
**outbound**   44:21
**outfit**   74:11
**outside**   96:25

**owner** 30:11
**ownership** 34:22

**p**

**p.m.** 1:14
**page** 17:24 19:11
28:22 32:2 33:11
42:5,6 43:24 44:19
44:20 45:12 83:12
91:8 96:21 111:5
**pages** 3:10,13,19
43:25 44:1 71:3
109:5
**paid** 27:21 28:5
39:8 100:4
**palm** 2:8
**paragraph** 17:13
17:13 19:10,12
20:22 28:22,23
29:4 30:1,15,23
34:22 35:6
**parenthesis** 20:2
**paris** 96:15 97:1,10
**part** 13:24 14:4
16:11,15 28:24
29:5 47:23,24
84:25 86:18 89:19
92:22,23 99:2,10
**particular** 6:17 7:8
35:19 39:1
**parties** 109:7
**pay** 13:12 36:21
39:21,22 98:13
**payment** 40:9
88:17
**penalties** 111:22
**people** 14:16 15:16
51:19 52:1 71:17
72:11 76:6,24
81:21,22 87:11
98:13 100:24
103:18 104:2,23

**people's** 99:18
**percent** 5:6,15
39:12,14,20
**percentage** 27:22
28:6,7 36:8 37:2,10
37:20 38:1,7,11,12
38:13 39:7
**percentages** 38:10
**perjury** 111:22
**permission** 43:13
**permissions** 11:11
**person** 5:1,2 7:12
7:13,20,23 8:2,5,8
8:10,17,19,24 9:2
14:22 15:24,25
16:12,16 47:18,20
47:21,21 53:15
54:16 56:18,19,19
56:21,22 57:12,16
58:7 59:4,6 60:11
60:12 61:20 63:7
63:11,14 64:14
65:22 66:18 67:15
67:21 73:12,14,18
78:12 101:13
**personally** 108:9
**persons** 15:18,22
70:2,3
**pertaining** 35:19
**pertains** 52:16
**pharmaceutical**
29:21
**phone** 45:23 65:13
**photo** 5:14,17,20
5:21 26:21 29:6,19
68:15 76:25 84:9
84:24 86:25 92:21
93:12 99:9,19
100:24 103:8
106:10

**photocopies** 44:8
**photocopy** 17:9
**photograph** 4:22
7:12,13,15,16 9:16
10:1 16:9 20:15
28:23 29:14 30:3
32:15 33:16 47:20
48:7,7,11 50:1,6
53:14 54:2,6 57:17
60:22 61:18,21
63:7,14 85:16
86:18 90:9 101:14
**photographed**
48:13 53:15,21
57:20 58:7 59:18
**photographic**
19:16
**photographs** 6:10
7:17,19,22 8:1,18
8:23 9:1,14 12:21
12:25 15:4,10,14
15:18,21 19:12
20:25 21:8 46:20
47:12,16,17 49:7
49:14 50:21,24
51:1,20 52:12,13
52:16 55:17,20,21
56:12,15 57:23
58:4 60:22 61:14
62:19,23 63:10,18
63:21 64:24 65:1
69:11 70:24 73:7
76:2,4,8,19,21
77:11,14,17 78:5
78:12 79:4 80:22
81:18 82:10,12,15
82:17,24 83:4,11
85:1 87:18 88:15
88:25 97:10
**photography** 11:12
34:11 43:14 46:6

**photos** 8:2,4,7
16:12,16 30:2
53:23 58:17 73:21
78:13 84:4,17 85:8
87:2,9,10 88:18
94:9 96:18,24 97:3
**photoshop** 6:8,9,16
**phrased** 89:10
**picture** 25:15 57:12
60:21 96:5,6 98:14
103:18 104:1
**pictures** 14:22 52:5
52:7 59:22,25 60:1
60:1,2,14,17 61:11
63:2 65:25 66:7,21
66:24 67:3 68:5,17
68:18,24 72:4,9
73:2 74:7,19 77:18
79:11 81:1,3,6
**pike** 2:7
**place** 55:20 59:15
59:16
**placed** 90:18
**plaintiff** 1:6 2:4
21:7 29:7,22 30:10
30:24
**plaintiff's** 31:16
**please** 3:7 4:7,23
10:6,19,19 13:9
17:16 22:3 24:7
32:5 34:25 41:6
42:5 45:22 47:12
47:15 56:3 60:19
61:10,20 62:22
63:6,6,13,20 64:13
64:22 66:18 67:15
70:5 71:14 72:18
86:23 88:12 89:7
89:11,19 91:7,17
103:6 105:6 110:10
110:12

**point** 46:3 91:12
  95:19
**portal** 13:11
**portions** 18:1
**portray** 14:16
**portrays** 4:22
**possible** 10:8 45:21
**possibly** 4:19 8:6
**posted** 25:15
**practice** 7:25
**predate** 12:9,13
**premise** 98:13
  99:18
**present** 2:9
**previously** 69:21
**print** 33:9
**printed** 33:14
**printouts** 91:8
**prior** 69:21 82:21
**privileged** 37:21
**probably** 8:3,25
  9:4
**problem** 10:10
  27:12
**proceedings** 10:12
  17:22 65:17 92:17
**process** 12:20 13:7
  13:10 110:16
**professional** 109:1
  109:3
**proffer** 68:20
**program** 6:7
**proof** 105:14
**provided** 83:14
  84:18 85:1,8 86:2,6
  86:10 87:10,23
  88:18
**public** 1:23 108:17
  109:3,17
**publication** 10:20

**publish** 94:9,14,18
  94:24 95:7,15
**published** 95:13
**purpose** 110:13
**purposes** 17:24
  31:22 45:15 63:24
**pursuant** 1:24
**put** 96:5

**q**

**question** 5:19,20
  9:25 22:22 23:11
  25:18 27:25 28:3
  32:4,6 36:12,17
  37:6,12,24 38:5
  41:7 49:23 52:15
  53:11,13 62:5
  78:11 82:21 85:12
  85:12,24 88:11,24
  89:5,7,10,12,13,18
  89:20 91:21 96:3
  98:17 100:7 102:4
  102:9 105:5 106:7
**questions** 3:20
  10:15 65:11 91:20
  105:1,17 106:18
**quickly** 17:20
**quote** 94:2
**quotes** 20:2

**r**

**reached** 26:8
**read** 3:14 10:6 21:2
  21:12,18,20 31:7
  32:4,6 41:5,7 42:25
  89:13,19,20 111:23
**reading** 110:13,15
**really** 105:20
**rearranging** 69:11
**reason** 78:20 111:5
**reasons** 78:16,23
  95:1

**recall** 4:16 7:21,24
  8:9 9:3,4 11:24
  60:10 96:9 98:4
**receipts** 88:17
**receive** 27:3 37:10
  37:20 38:11,14
  39:8,19
**received** 26:21
  27:15,18 44:17
  45:4
**receives** 38:7 39:14
**recess** 10:11 17:21
  65:16 92:16
**recognize** 4:11 9:8
**record** 17:12,20,24
  37:23 63:25 68:21
  105:15
**recorded** 32:7 41:8
  89:14,21
**records** 27:20
  35:17,19,22 36:3
  40:10 42:23
**recovered** 37:3
**recovery** 39:8,15
**refer** 5:20,21 29:4
  29:10
**reference** 97:25
  98:1 110:9
**referenced** 68:15
**references** 20:8
  30:12,14
**referred** 3:2 16:20
  24:13 28:8 31:15
  32:6 34:1 40:1 41:7
  46:15 47:3 48:21
  50:13 51:7 54:18
  56:4,25 58:20 60:3
  61:1 62:10 64:4
  65:4 66:9 67:6
  70:17 71:10 72:14
  73:23 75:1,18

76:10 77:2,21
  78:24 79:23 80:10
  81:9 89:13,20 91:1
  91:25
**referring** 15:2 27:6
  38:16,18 73:9,11
**reflected** 42:18,20
  42:22 49:18,20
**reflection** 4:24 5:2
  14:8 15:25 16:10
  19:22 30:4 47:23
  47:24 90:23 91:10
  91:15 98:8 106:10
**reflections** 19:13
  19:15 28:24 29:6
  30:2
**register** 13:3,18
  42:3 97:3,9
**registered** 1:22
  9:24 13:17,22
  20:23 21:7 22:12
  35:6 41:15 83:16
  92:20 98:9,14
  99:10,19 100:1,10
  100:16 101:15,23
  104:1,13,14,15,17
  104:24 106:9,12
  109:1,3 110:21
**registration** 9:11
  9:13,15 10:1,7,16
  11:20 12:4,21,25
  13:6,10 14:4 21:1
  21:10,15 30:24
  31:5 35:8 40:16,20
  41:19 42:12,21
  44:24 45:14 46:11
  83:25 92:23 98:1
  101:5,15 102:18
  103:10,18,19,21
  104:18 106:4

**registrations** 98:7
**relative** 109:8
**relevance** 99:15,17
  101:19,21
**remained** 33:19
**remember** 23:6,16
  23:18,20 39:11
  48:1 89:9 96:14,15
  96:18,21
**remove** 18:1
**rephrase** 23:14
  63:2
**replaced** 17:25
**reply** 44:23
**report** 42:9,19,21
  44:20,20 109:6
**reported** 109:4
**reporter** 1:23 32:7
  41:8 89:14,21
  109:1,3 110:21
**representation**
  41:13 42:10 83:14
**representations**
  13:16
**represented** 36:15
**representing** 83:13
**request** 42:13 89:4
**resolve** 24:1,9
  32:10
**restate** 29:1
**result** 53:22 67:3
  74:23
**resulted** 63:22
**retouch** 6:7
**retouched** 6:10
  7:14
**reveal** 28:1 37:13
  38:6
**review** 17:16 48:25
  54:24 57:6 59:1
  61:7 64:10 71:15

72:21 75:7,24 77:8
  78:2 81:15 102:6
  102:11,13,15
**reviewed** 46:21
  82:24 94:3
**reviewing** 47:12
  56:10
**ribbon** 44:2
**right** 10:6,18 16:3
  18:8 40:14 42:8
  43:24 47:15 49:3
  52:19 57:22 73:15
  79:10 83:22 91:5,6
  92:7 98:6 99:2
  102:7,13
**rights** 11:11 43:13
**room** 55:19
**roughly** 49:8

**s**

**save** 71:6
**saw** 49:21
**saying** 99:15,23,25
  100:21
**says** 4:5 18:20 19:2
  19:3,5 20:23 21:7
  30:1,6,10 31:4
  34:22 35:6 41:12
  41:21 43:3 44:7,14
  44:15,22 45:14,20
  83:18
**scan** 17:9
**screenshot** 20:9
**scrubs** 71:24
**seal** 44:2 108:11
  109:9
**sealed** 87:21,24,25
  88:20
**second** 10:23 24:12
  79:21 98:11
**see** 17:8,8 31:2 33:1
  33:3,8,9 34:23 35:8

41:11,16,23 42:3,6
  43:2,6,25 44:7,11
  44:22 45:1,18,23
  46:25 68:3 84:5,9
**seen** 3:24
**self** 19:22 30:4
**senior** 53:7
**sensitive** 34:16,17
**sent** 44:15 87:1,2,7
**sentence** 86:23
**separate** 15:6
  45:16
**september** 24:24
**series** 7:16,18 8:18
  15:4,10 16:11
  19:13,15 28:24
  29:7,19 30:2 47:24
  47:25 90:23 91:10
  91:15 106:10
**service** 36:20 42:13
**set** 53:16 54:3,7
**setting** 51:20
**settle** 25:1 33:23
  35:11
**settled** 26:7 35:13
**settlement** 25:12
  27:4,5 31:25 32:11
  32:13 36:9 98:21
**settlements** 26:8,8
  27:10 99:8 105:23
  106:3
**shakes** 97:17
**sheet** 111:1
**shirt** 68:2
**shoot** 96:15,15
**shorthand** 109:6
**show** 3:6,6 16:24
  28:12 31:19 34:5
  40:5,9 46:10 47:9
  48:19 50:17 54:22
  56:8 58:24 64:8

65:8 67:10 70:15
  71:2 75:5 76:14
  77:25 79:4 81:13
  91:6
**showed** 82:18 88:1
  101:4
**showing** 24:17
  83:11
**sic** 21:16
**sign** 24:18,23
**signature** 32:1
  108:15 109:15
  110:11 111:25
**signed** 41:25
**signing** 110:14,16
**similar** 14:15 87:10
**simplify** 85:13
**sincerely** 110:18
**single** 7:16
**sink** 19:23
**sir** 10:10 14:5
  22:18 26:6 28:19
  54:11 61:16 75:25
  86:12,17 87:19
  88:24 90:8 98:12
  98:21 100:7 101:21
  104:22 105:19
  106:18
**sit** 92:4 93:23
**sitting** 54:4 59:11
  59:16,17
**slightly** 58:5
**software** 6:6
**somewhat** 13:8
**sorry** 3:11,18 22:21
  23:2 25:17 29:2
  37:16 42:1 49:22
  62:6 75:13
**south** 1:12 2:3
  110:5,13

[southern - transcript]                                                      Page 126

**southern** 1:1 28:17
  34:19 46:4
**specific** 22:12 54:7
  99:19
**specifically** 3:21
  38:16 68:12 87:17
**spent** 88:1
**split** 69:4
**splitting** 69:9
**spoken** 27:9
**sr1-202193721**
  42:14
**ss** 108:4
**stack** 52:13
**stamp** 42:6 62:15
  66:14 68:2 74:24
**stamped** 40:8 45:13
  47:9 49:6
**stamps** 60:8
**standing** 54:3
**start** 46:12
**started** 83:10
**state** 1:23 89:11
  108:3,17 109:4,10
  109:17 111:21
**statement** 21:25
  85:25
**states** 1:1 18:9,13
  18:17,20 19:21
  21:9,17 23:24
  28:16 30:25 31:5
  33:12 35:7 42:2,8
  43:16 44:3 96:25
  97:5,12
**stipulate** 49:10
  57:25
**stop** 110:12
**store** 6:16
**street** 7:6
**strike** 12:19 16:10
  41:1 64:23 69:20

105:19
**style** 18:8,11,12,14
**subject** 35:2 111:23
**submission** 47:8
**submitted** 41:22
  42:10,16 45:7 48:8
**submitting** 44:24
**subscribed** 107:5
**subscription** 36:20
**substance** 111:23
**sue** 103:18
**sued** 25:19 39:2
  92:20 97:20 99:11
**suing** 29:5 30:18
  100:24 102:19
**suite** 1:12 2:3 110:5
  110:13
**support** 29:20
**suppose** 12:18
**supposed** 27:21
  28:5
**sure** 4:3 5:6,10,15
  6:5 10:10 12:6,10
  12:15 15:1,4 17:18
  27:13 29:4 36:18
  40:21 53:12 65:14
  69:14 84:2,22,24
  85:16 86:17,25
  87:19 91:22 94:12
  96:5 100:14,20
  104:20 106:6
**sworn** 107:5
  108:10
**system** 44:25
  103:18

**t**

**take** 3:7 8:2,4,7,18
  8:23 9:1 10:8 17:18
  22:3 28:22 41:11
  43:2,24 50:24 51:1
  51:11 55:17,23

56:12,15 57:4 60:7
  60:17,19 61:5,14
  62:14,19 64:22,24
  65:12 66:13,21
  70:24 72:4,18 73:7
  73:21 74:2,7 75:22
  76:2,19 77:6,11
  78:5,12,13 79:3,11
  80:2,14,22,25 81:3
  81:6,18 90:7 92:15
**taken** 1:22 10:11
  17:21 29:7,20
  59:23 65:16 66:1
  90:9 92:16 96:24
  96:25 97:10 104:22
  110:10,15 111:3
**talked** 48:1 96:14
  96:17,22
**talking** 27:8 52:18
  87:17
**technical** 4:3
**tell** 4:7 10:19 13:9
  32:1 36:2 46:24
  47:15 49:15 61:10
  62:22 63:6,20
  64:13 71:14 88:25
  91:7 93:23 103:7
  103:15
**telling** 98:11,15,19
**temple** 41:25 42:2
**term** 4:3 26:22
**terms** 13:10
**testified** 90:8 94:23
  95:21
**testify** 91:20
**testimony** 45:6
  69:21 86:12,16
  94:15 95:25
**texas** 6:21,24 7:1
**th10826** 24:18

**th10828** 24:18
**th10829** 31:23
**th10834** 31:23
**thank** 24:8 27:10
  44:23 64:8 65:15
  69:4 72:18 74:2
  79:21
**thing** 3:15
**things** 38:3 58:8
**think** 85:14 105:3,4
  105:19,20,21
**thousands** 98:13,22
**three** 26:22 55:25
  73:12 96:18
**time** 12:1,3 24:3,3
  71:7 88:2 91:12
**timely** 104:14
**times** 24:4 48:8
  78:21,22,23
**title** 11:1,3 33:3
  43:3
**titled** 18:5
**today** 3:25 26:23
  31:11 39:2 48:2
  82:13,18,24 84:15
  86:16 87:3 88:1
  89:1 92:4 93:24
  97:19 101:4
**tom** 1:5,19 11:8,12
  18:22 28:14 34:11
  43:13,17 46:5
  108:9 109:4 110:9
  111:2
**top** 18:5,6,14,14,18
  22:24 42:1
**torsiello** 2:6
**total** 32:13 54:6
**touch** 34:16,17
**transcript** 110:11
  110:14,16 111:4,23

transcription   109:5
trial   19:4
troy   108:20 109:20
true   11:15 19:1
  20:4 21:14 41:13
  42:10 83:14 101:2
  104:24 109:5
  111:23
trying   73:19
tuesday   1:13
turn   42:5 44:19
two   1:12 24:4 51:13
  52:1 53:21 68:23
  71:19 72:5 81:25
  90:10 94:7 110:13
type   8:1 14:14
types   68:24

**u**

underneath   33:6
undersigned   108:8
understand   53:11
  83:10 84:22 85:11
  87:19 88:2,5 92:4
  97:7 99:14,17
  100:21 101:18
understood   53:13
undoing   29:2
united   1:1 18:9,12
  18:17,20 21:9,16
  23:24 28:16 30:25
  31:5 35:7 42:2 44:2
  96:25 97:5,11
upload   13:12,14,15
  13:24 14:2,2,7,14
  14:15,21
uploaded   14:17
  15:15 16:4
uploading   14:11
usage   36:22
use   13:11 26:21
  45:21 96:8

utilize   6:7
utilized   25:22 26:2

**v**

v   1:7 110:7 111:2
valid   92:13
variety   6:13
varkonyi   1:22
  109:3 110:20
vau99-319   21:16
vau990-319   10:8
  21:1,10,23 31:1
  35:8 41:15 83:17
  83:25 85:19 106:4
verify   27:18
versus   28:14

**w**

wait   69:13,13,15,16
  98:11
waived   110:16
walker   68:19 72:2
  72:3
wall   33:4
walls   42:1
want   25:7 53:12
  84:15 87:20 89:6
  105:20
way   32:11 49:11
wearing   55:7,12
  63:14,15 68:1
  71:22 74:11
website   33:17,20
  91:9,11,15
welcome   84:16
went   10:14 25:6
  82:12 83:11 84:4
  87:2 88:25 97:19
  98:21 100:4
west   2:8
white   71:22

winning   29:6
wish   71:7
wishes   42:17
witness   3:11,14,17
  3:22 5:10,25 8:15
  8:21 10:4 11:5 12:6
  12:15 13:3,21
  14:11,19 15:1,8
  16:7 19:19,25 20:6
  20:12,20 21:4 22:8
  22:14 24:21 25:3,9
  25:24 26:4,18
  27:13 28:2 29:1,12
  29:17,24 30:8,21
  31:14 32:4,8,22
  33:25 34:13 35:4
  35:16,25 36:5,11
  36:24 37:5,8,12,15
  38:3,24 39:5,11,17
  39:24 41:5,9 44:5
  45:10 46:8 48:4
  49:17 50:4,12,21
  53:5,9,25 54:9 55:5
  55:10 57:14 58:10
  58:15,19 59:9,13
  59:20 60:25 61:24
  62:5 64:3,16 67:18
  67:24 70:8 72:7
  73:5 74:14 78:15
  79:14 83:20 84:2,7
  84:21 85:4,11,21
  86:4,14,22 87:14
  88:7 89:9 90:1,5,20
  90:25 92:10 93:2,8
  93:15 94:5,12,20
  95:4,17 96:3,12
  97:7,14,23 98:4,25
  99:14,25 100:12,20
  101:10,18 102:1,9
  102:15,22 103:2,13
  104:5,12,20 105:2

105:3,7,10 106:6
  106:12 108:11
  109:6,9
woman   57:9,11,18
  57:19 59:9,16,17
  65:24 66:20 68:18
  68:19 71:22,23,24
  71:25 74:8,9
women   71:20 72:5
words   18:17
work   11:1 13:12,14
  13:25 14:8 16:4,11
  20:3,10,24 21:8
  22:11 30:5,12,13
  31:1,6 36:22 40:23
  41:13,18 43:4
  44:10 45:4 83:15
  90:11 100:3
workbook   90:18
  94:9,18,24,25 95:5
  95:13,19 96:6,9
works   12:12 97:4
  97:10,11
write   111:4

**x**

x   1:10

**y**

yeah   105:3
year   4:16 5:5,8,10
  10:23 12:9,13
  23:17 93:17,24
  94:1 96:9,18
  106:15
years   26:22 46:3
  90:11 93:11 94:7
  95:14 102:20
yellow   17:9
york   34:19 46:5
young   54:16 59:9
  63:15,17 66:20

**[younger - younger]**                                              Page 128

**younger**  5:2 7:13
  7:23 8:17,18,24 9:2
  15:21,25 16:16
  19:22 30:4 47:21
  49:3,8,17,20,24
  50:6,9 53:15 55:2
  59:16 71:25 74:8,9
  82:16 83:4,23 85:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.