Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tugh*

Acting United States Register of Copyrights and Director

Registration Number:
**VAu 990-319**

Effective date of registration:
June 8, 2009

---

### Title
**Title of Work:** N-46

### Completion/Publication
**Year of Completion:** 2009

### Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States  **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Tom Hussey
154 Express Street, Dallas, TX, 75207, United States

### Rights and Permissions
- **Organization Name:** TOM HUSSEY Photography, LLC
- **Name:** Tom Hussey
- **Email:** me@tomhussey.com  **Telephone:** 214-741-4034
- **Address:** 154 Express Street
  Dallas, TX 75207 United States

### Certification
- **Name:** Tom Hussey
- **Date:** June 8, 2009
- **Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

**EXHIBIT 16**

Page 1 of 1

NGO-1850

Registration #:   VAU000990319

Service Request #:   1-202193721

TOM HUSSEY Photography, LLC
Tom Hussey
154 Express Street
Dallas, TX 75207  United States

NGO-1851

**LIBRARY OF CONGRESS**

**Copyright Office of the United States**

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached flash drive is a true representation of the work entitled **N-46** deposited in the Copyright Office with claim of copyright registered under number **VAu 990-319**.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on March 8, 2019.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By: *Jarletta Walls* (signature)
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

NGO-1852

LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached Application Report is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **N-46** service request number **SR1-202193721**. In the course of Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

**THIS IS TO CERTIFY FURTHER**, that the attached Application Template accurately reflects the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in general sense explain, the fields that may be populated in an online application.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on March 8, 2019.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By: *Jarletta Walls*
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification
Office of Public Records and Repositories

Use of this material is governed by the U.S. Copyright law 17 U.S.C 101 seq.

United States

NGO-4289

\* APPLICATION \*

**Title**
N-46

**Completion/Publication**
Year of Completion: 2009
Nation of 1st Publication: United States

**Author**
Author: Tom Hussey
Author Created: Photographs
Work made for hire: No
Citizen of: United States
Domiciled in: United States

**Copyright Claimant**
Copyright Claimant: Tom Hussey
154 Express Street  Dallas, TX  75207  United States

**Rights and Permissions**
Organization Name: Tom Hussey Photography, LLC
Name: Tom Hussey
Email: me@tomhussey.com
Address: 154 Express Street  Dallas, TX  75207  United States
Telephone: 214-741-4034

**Certification**
Name: Tom Hussey
Date: June 8, 2009
Application Tracking Number: N-46 Copyright
Correspondence: Yes

**Registration #** PAu003457415
**Service Request #:** 1-202193721

**Mail Certificate**
Tom Hussey Photography, LLC
Tom Hussey
154 Express Street
Dallas, TX  75207
United States

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **N-46;1-202193721.**

1. An automated email from the Copyright Office sent 06/08/2009 2:47:36 PM pertaining to the work identified as **N-46; 1-202193721.**

2. Email from Wilbur King, Registration Specialist, Visual Arts Division U.S. Copyright Office (cop-ad@loc.gov), sent 07/07/2009 4:57:38 PM, to Tom Hussey (me@tomhussey.com).

3. Call-Inbound to Copyright Office received 07/10/2009 2:44:10 PM, from Tom Hussey.

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on March 8, 2019.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By:  *Jarletta Walls*
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

NGO-4291

**Correspondence Activities Report**

SR 1-202193721
Activity Type: Email - Outbound
Created on: 06/08/2009 2:47:36 PM
Subject:
Body:

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY. Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work N-46 was received on 06/08/2009. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions: Click the Send by Mail button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Attachments table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to generate and attach separate shipping slips for each work.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number

[1-202193721].

NGO-4292

**Activity Type:** Email - Outbound
**Created on:** 07/07/2009 4:57:38 PM
**Subject:** 1-202193721 N-46
**Body:**

Dear Tom Hussey:

Registration has been delayed because you have a LLC as a dba. For copyright purposes a LLC is considered a corporation, which is a separate legal entity from the individual author/claimant.

The gist is that you cannot use a corporate entity as a dba. If possible, please call me at 202-707-0333, and let me know how you want the application amended. If you respond by e-mail, you may also wish to cc my address at wkin@loc.gov.

Please note that if we do not receive a response to this message within 45 days, we will close this case without processing your registration or notifying you further. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Wilbur King
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-3IR6BT]

NGO-4293

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact the U.S Copyright office at phone: (202) 707-8443 or email: ccpayment@loc.gov

Application Name: Copyright Accounting Office
Pay.gov Tracking ID: 26FTK1Q9
Agency Tracking ID: 75696355746
Transaction Type: Sale
Transaction Date: 03/06/2019 02:07:55 PM EST
Account Holder Name: Christie Domb
Transaction Amount: $200.00
Card Type: AmericanExpress
Card Number: ************1038

Reply Number:
Service Request Number: SR 1-7476998961

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

NGO-4294

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact the U.S Copyright office at phone: (202) 707-8443 or email: ccpayment@loc.gov

Application Name: Copyright Accounting Office
Pay.gov Tracking ID: 26FV0RBU
Agency Tracking ID: 75697812026
Transaction Type: Sale
Transaction Date: 03/08/2019 08:57:59 AM EST
Account Holder Name: Charles Ngo
Transaction Amount: $1,915.00
Card Type: AmericanExpress
Card Number: ************2009

Reply Number:
Service Request Number: SR 1-7476998961

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

1

NGO-4295