```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
         Case No. 18-24059-CIV-GRAHAM/McAlLILEY
```

TOM HUSSEY,

    Plaintiff,

vs.

CHARLES NGO,

    Defendant.
_____/



### NOTICE OF COURT PRACTICE UPON
### NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon Magistrate Judge McAliley's Paperless Minute Entry on March, 15, 2019, stating that this case settled. [D.E. 31]. Based thereon,

**THE PARTIES** are hereby notified that, within fourteen (14) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of March, 2019.

                                          s/Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE